Case: **1:11-cv-00528**
Assigned To : **CHANG, KEVIN S.C.**
Referral Judge: **UNASSIGNED**
Assign. Date : **8/30/2011**
Description: **Baker vs. Kealoha, et al**

```
Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI000889
Cashier ID: es
Transaction Date: 08/30/2011
Payer Name: CHRISTOPHER BAKER
------------------------------------
CIVIL FILING FEE
 For: CHRISTOPHER BAKER
 Case/Party: D-HIX-1-11-CV-000528-001
 Amount:        $350.00
------------------------------------
CASH
 Amt Tendered: $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

CV 11-528 KSC

BAKER VS. KEALOHA

RICHARD L HOLCOMB


A FEE OF $45.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```