# North Carolina Concealed Handgun Permit Statistics by County
## 12/1/1995 thru 6/30/2010

The number of permits issued, denied and revoked do not equal the number of applications due to applications being processed.

| Agency Name | Regular Permit Applications | Regular Permit (Valid Permits) | Regular Permit Applications Denied | Regular Permit Applications Revoked |
|---|---|---|---|---|
| Alamance Co Sheriff's Office | 3,883 | 2,314 | 135 | 8 |
| Alexander Sheriff's Office | 1,798 | 1,134 | 17 | 1 |
| Alleghany Co Sheriff's Office | 464 | 324 | 1 | 0 |
| Anson County Sheriff | 899 | 528 | 14 | 0 |
| Ashe Co Sheriff's Office | 1,198 | 786 | 7 | 1 |
| Avery Co Sheriff's Office | 803 | 447 | 1 | 2 |
| Beaufort Co Sheriff's Office | 1,787 | 983 | 15 | 6 |
| Bertie Co Sheriff's Office | 629 | 367 | 9 | 2 |
| Bladen Co Sheriff's Office | 759 | 463 | 1 | 0 |
| Brunswick Co Sheriff's Office | 4,234 | 2,616 | 75 | 4 |
| Buncombe Co Sheriff's Office | 7,501 | 4,402 | 92 | 77 |
| Burke Co Sheriff's Office | 3,393 | 1,882 | 34 | 1 |
| Cabarrus CoSheriff's Office | 8,647 | 4,922 | 62 | 22 |
| Caldwell Co Sheriff's Office | 3,614 | 1,955 | 18 | 11 |
| Camden Co Sheriff's Office | 372 | 224 | 3 | 1 |
| Carteret Co Sheriff's Office | 3,588 | 1,839 | 31 | 5 |
| Caswell Co 911 Communications Ct | 1,183 | 771 | 6 | 4 |
| Catawba Co Sheriff's Office | 7,755 | 4,206 | 18 | 13 |
| Chatham County Sheriff | 2,200 | 1,325 | 5 | 3 |
| Cherokee Co Sheriff's Office | 2,165 | 1,391 | 17 | 8 |
| Chowan Co Sheriff's Office | 402 | 242 | 6 | 1 |
| Clay County Sheriff Hayesville | 594 | 430 | 9 | 3 |
| Cleveland Co Sheriff's Office | 3,957 | 2,103 | 24 | 10 |
| Columbus Co Sheriff's Office | 1,567 | 895 | 24 | 3 |
| Craven Co Sheriff Communications | 4,823 | 2,597 | 1 | 2 |
| Cumberland Co Sheriff's Office | 11,864 | 7,226 | 82 | 26 |
| Currituck Co Sheriff's Office | 723 | 375 | 14 | 2 |
| Dare County Sheriff Admin | 1,362 | 645 | 40 | 3 |
| Davidson Co Sheriff's Office | 7,906 | 4,398 | 67 | 23 |
| Davie County Sheriff | 1,990 | 1,194 | 22 | 10 |
| Duplin Co Sheriff's Office | 1,349 | 786 | 13 | 2 |
| Durham Co Sheriff's Office | 4,761 | 2,565 | 73 | 11 |
| Edgecombe Co Sheriff's Office | 1,481 | 804 | 25 | 2 |
| Forsyth Co Sheriff's Office | 10,226 | 5,671 | 60 | 98 |
| Franklin Co Sheriff's Office | 2,126 | 1,516 | 8 | 4 |
| Gaston Co Sheriff's Office | 10,005 | 5,881 | 98 | 32 |
| Gates Co Sheriff's Office | 429 | 280 | 1 | 0 |
| Graham CoSheriff's Office | 625 | 365 | 3 | 3 |
| Granville Co Sheriff's Office | 2,399 | 1,543 | 12 | 3 |
| Greene Co Sheriff's Office | 610 | 355 | 3 | 0 |
| Guilford Co Sheriff's Office | 14,154 | 7,736 | 156 | 72 |
| Halifax Co Sheriff's Office | 2,336 | 1,279 | 80 | 18 |
| Harnett Co Sheriff's Office | 5,684 | 3,522 | 56 | 11 |
| Haywood Co Sheriff's Office | 3,072 | 1,822 | 32 | 8 |
| Henderson Sheriff's Office | 3,244 | 2,079 | 34 | 10 |
| Hertford Co Sheriff's Office | 770 | 477 | 17 | 3 |
| Hoke Co Sheriff's Office | 2,051 | 1,406 | 3 | 0 |
| Hyde Co Sheriff's Office | 168 | 89 | 2 | 0 |
| Iredell Co Sheriff's Office | 9,183 | 5,309 | 48 | 7 |

| Agency Name | Regular Permit Applications | Regular Permit (Valid Permits) | Regular Permit Applications Denied | Regular Permit Applications Revoked |
|---|---|---|---|---|
| Jackson Co Sheriff's Office | 1,652 | 1,115 | 24 | 2 |
| Johnston Co Sheriff's Office | 6,523 | 4,180 | 57 | 18 |
| Jones Co Sheriff's Office | 325 | 206 | 3 | 0 |
| Lee Co Sheriff's Office | 1,975 | 1,134 | 9 | 3 |
| Lenoir Co Sheriff | 2,024 | 1,067 | 34 | 4 |
| Lincoln CoSheriff's Office | 4,267 | 2,679 | 24 | 3 |
| Mcdowell Co Sheriff's Office | 1,976 | 1,102 | 17 | 4 |
| Macon Co Sheriff's Office | 2,188 | 1,514 | 2 | 4 |
| Madison Co Sheriff's Office | 912 | 679 | 2 | 0 |
| Martin Co Sheriff's Office | 840 | 419 | 19 | 3 |
| Mecklenburg Co Sheriff's Office | 23,962 | 12,819 | 497 | 43 |
| Mitchell Co Sheriff's Office | 1,092 | 662 | 1 | 3 |
| Montgomery Co Sheriff's Office | 1,580 | 918 | 7 | 9 |
| Moore Co Sheriff's Office | 3,576 | 2,261 | 58 | 15 |
| Nash Co Sheriff's Office | 4,262 | 2,444 | 14 | 2 |
| New Hanover Co Sheriff's Office | 5,561 | 2,919 | 115 | 8 |
| Northampton Co Sheriff's Office | 954 | 640 | 7 | 2 |
| Onslow Co Sheriff's Office | 3,543 | 2,341 | 14 | 3 |
| Orange CoSheriff's Office | 3,429 | 1,880 | 46 | 22 |
| Pamlico Co Sheriff's Office | 788 | 407 | 3 | 1 |
| Pasquotank CoSheriff's Office | 732 | 470 | 1 | 1 |
| Pender Co Sheriff's Office | 2,588 | 1,521 | 16 | 17 |
| Perquimans CoSheriff's Office | 316 | 198 | 2 | 1 |
| Person Co Sheriff's Office | 1,707 | 1,114 | 22 | 5 |
| Pitt Co Sheriff's Office | 5,336 | 2,945 | 43 | 22 |
| Polk CoSheriff's Office | 959 | 568 | 4 | 0 |
| Randolph Co Sheriff's Office | 7,841 | 4,537 | 21 | 15 |
| Richmond Co Sheriff's Office | 1,717 | 866 | 30 | 3 |
| Robeson Co Sheriff's Office | 2,698 | 1,684 | 36 | 3 |
| Rockingham Co Sheriff's Office | 4,658 | 2,387 | 47 | 23 |
| Rowan Co Sheriff's Office | 7,952 | 4,252 | 87 | 24 |
| Rutherford Co Sheriff's Office | 3,265 | 1,582 | 35 | 3 |
| Sampson Co Sheriff's Office | 1,606 | 1,005 | 21 | 5 |
| Scotland Co Sheriff | 1,660 | 880 | 6 | 2 |
| Stanly Co Sheriff's Office | 3,431 | 1,846 | 18 | 6 |
| Stokes Co Sheriff's Office | 2,283 | 1,384 | 35 | 23 |
| Surry Co Sheriff's Office | 2,959 | 1,783 | 40 | 17 |
| Swain Co Sheriff's Office | 749 | 457 | 2 | 4 |
| Transylvania Co Sheriff's Office | 1,007 | 584 | 11 | 1 |
| Tyrrell Co Sheriff's Office | 132 | 93 | 3 | 0 |
| Union CoSheriff's Office | 6,081 | 3,766 | 50 | 6 |
| Vance Co Sheriff's Office | 1,952 | 1,104 | 23 | 20 |
| Wake Co Sheriff's Office | 22,262 | 12,826 | 129 | 50 |
| Warren Co Sheriff's Office | 759 | 480 | 0 | 3 |
| Washington Co Sheriff's Office | 423 | 210 | 3 | 0 |
| Watauga Co Sheriff's Office | 2,124 | 1,171 | 10 | 7 |
| Wayne Co Sheriff's Office | 5,255 | 2,622 | 15 | 11 |
| Wilkes Co Sheriff's Office | 3,860 | 2,170 | 15 | 38 |
| Wilson Co Sheriff's Office | 2,473 | 1,433 | 11 | 1 |
| Yadkin Co Sheriff's Office | 1,969 | 1,083 | 10 | 8 |
| Yancey CoSheriff's Office | 1,101 | 677 | 1 | 3 |
| **Total** | **340,017** | **195,553** | **3,274** | **1,007** |