# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>             Plaintiff,<br>vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police;<br>STATE OF HAWAII;<br>CITY AND COUNTY OF HONOLULU;<br>HONOLULU POLICE DEPARTMENT;<br>NEIL ABERCROMBIE, in his official capacity as Hawaii Governor,<br><br>             Defendants. | CASE NO. _____<br><br>DECLARATION OF RICHARD L. HOLCOMB |

## DECLARATION OF RICHARD L. HOLCOMB

1. My name is Richard L. Holcomb. I am an attorney duly licensed to practice law in Hawaiʻi and am admitted to practice in the United States District Court for the District of Hawaii. I represent the Plaintiff, Christopher Baker, in the above-styled case.

2. I prepared the foregoing Motion and Memorandum in Support of the Motion. I believe that all factual averments in those documents are true.

3. I also obtained the Exhibits referenced in and attached to the Memorandum. I believe those documents are true and exact copies of the documents that are identified in the Memorandum.

I, Richard L. Holcomb, do declare under penalty of law that the fore-going is true and correct.

DATED: Honolulu, Hawaii, August 29, 2011.

_____
Richard L. Holcomb