ORIGINAL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>    Plaintiff,<br>  vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police;<br>STATE OF HAWAII;<br>CITY AND COUNTY OF HONOLULU;<br>HONOLULU POLICE DEPARTMENT;<br>NEIL ABERCROMBIE, in his official capacity as Hawaii Governor,<br><br>    Defendants.<br>_____ | CASE NO. _____<br><br><br>NOTICE OF HEARING |

## NOTICE OF HEARING

To:

Louis Kealoha
Chief of Police
Honolulu Police Department
801 S. Beretania Street
Honolulu, HI 96813

Honolulu Police Department
801 S. Beretania Street
Honolulu, HI 96813

City and County of Honolulu
530 S. King Street
Honolulu, HI 96813

State of Hawaii
c/o David M. Louie
Attorney General
425 Queen Street
Honolulu, HI 96813

Hon. Neil Abercrombie
Governor, State of Hawai'i
Executive Chambers,
State Capitol
Honolulu, HI 96813

ORIGINAL

PLEASE TAKE NOTICE that the foregoing motion will come on for hearing, in the United States District Court for the District of Hawai'i, 300 Ala Moana Blvd., Honolulu, Hawai'i on _____ \_\_\_, 2011 at \_\_\_\_ \_.m. or as soon thereafter as counsel may be heard.

You are invited to attend and to file papers in support or opposition hereto in accordance with the Rules of Court.

DATED: Honolulu, Hawai'i; August 29, 2011.

_____
Richard L. Holcomb
Attorney for Plaintiff
Christopher Baker