ORIGINAL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER, <br><br> Plaintiff, <br><br> vs. <br><br> LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; <br> STATE OF HAWAII; <br> CITY AND COUNTY OF HONOLULU; <br> HONOLULU POLICE DEPARTMENT; <br> NEIL ABERCROMBIE, in his official capacity as Hawaii Governor, <br><br> Defendants. | CASE NO. _____ <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date first written below, I duly served a true and exact copy of the foregoing document upon the following persons by hand-delivery, first class United States mail, postage prepaid, and/or by operation of this Court's electronic filing system on:

Louis Kealoha
Chief of Police
Honolulu Police Department
801 S. Beretania Street
Honolulu, HI 96813

State of Hawaii
c/o David M. Louie
Attorney General
425 Queen Street
Honolulu, HI 96813

| | |
|---|---|
| Honolulu Police Department<br>801 S. Beretania Street<br>Honolulu, HI  96813<br><br>City and County of Honolulu<br>530 S. King Street<br>Honolulu, HI  96813 | Hon. Neil Abercrombie<br>Governor, State of Hawaiʻi<br>Executive Chambers,<br>State Capitol<br>Honolulu, HI  96813 |

DATED:  Honolulu, Hawaiʻi; August 29, 2011.

_____
Richard L. Holcomb
Attorney for Plaintiff
Christopher Baker