Case 1:11-cv-00528-ACK -KSC   Document 7   Filed 08/31/11   Page 1 of 2   PageID #: 135

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 31 2011

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

ORIGINAL

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. **11-00528 KSC**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **CITY and COUNTY OF HONOLULU, DEPARTMENT OF THE CORPORATION COUNSEL**
was received by me on *(date)* **AUGUST 30, 2011**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **TRACI R. MORITA, - DEPUTY CORPORATION COUNSEL**, who is designated by law to accept service of process on behalf of *(name of organization)* **CITY and COUNTY OF HONOLULU, DEPARTMENT OF THE CORPORATION COUNSEL at 530 S. KING STREET, ROOM 110 HONOLULU HI 96813** on *(date)* **AUGUST 31, 2011** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **AUGUST 31, 2011**

*Server's signature*

**DEXTER CARRASCO**
Civil Process Server
*Printed name and title*

P. O. Box 4302
Honolulu, HI 96812
Tel: (808) 621-5800
*Server's address*

Additional information regarding attempted service, etc:

HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 30 2011
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

| | | |
|---|---|---|
| Christopher Baker | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. CV11 00528 KSC |
| Louis Kealoha; Neil Abercrombie; State of Hawaii; City & County of Honolulu; Honolulu Police Dept. | ) ) | |
| Defendant | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* City and County of Honolulu
Department of the Corporation Counsel
530 So. King Street, Room 110
Honolulu, Hawaii 96813

'11 AUG 31 A9:54
TRACI R. MORITA
DEPUTY CORPORATION COUNSEL
RECEIVED CORPORATION COUNSEL C AND C OF

for city only

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard L. Holcomb
Holcomb Law, a Limited Liability Law Corporation
677 Ala Moana Blvd., Ste 614
Honolulu, HI 96813
545-4040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA
CLERK OF COURT

Date: AUG 30 2011

/s/ Erin Taniguchi
Signature of Clerk or Deputy