ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 31 2011

at _____ o'clock and _____ min. ____ M
SUE BEITIA, CLERK

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 11-00528 KSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   NEIL ABERCROMBIE, GOVERNOR, STATE OF HAWAI'I

was received by me on *(date)*   AUGUST 30, 2011 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*   AMY B. ASSELBAYE, CHIEF OF STAFF, who is

designated by law to accept service of process on behalf of *(name of organization)*   NEIL ABERCROMBIE

GOVERNOR, STATE OF HAWAII   on *(date)* AUGUST 31, 2011 ; or
at EXECUTIVE CHAMBERS, STATE CAPITOL HONOLULU HI 96813

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00


I declare under penalty of perjury that this information is true.

Date: AUGUST 31, 2011

_____
*Server's signature*

DEXTER CARRASCO
Civil Process Server
*Printed name and title*

P. O. Box 4302
Honolulu, HI 96812
*Server's address*
Tel: (808) 521-5800

Additional information regarding attempted service, etc:

ORIGINAL

HID 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 30 2011

at __2__ o'clock and __25__ min. __P__ M.
SUE BEITIA, CLERK

|  |  |
|---|---|
| Christopher Baker | ) |
| *Plaintiff* | ) |
| v. | ) |
| Louis Kealoha; Neil Abercrombie; State of Hawaii; City & County of Honolulu; Honolulu Police Dept. | ) |
| *Defendant* | ) |

Civil Action No. CV11 00528 KSC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Neil Abercrombie
Governor, State of Hawai`i
Executive Chambers, State Capitol
Honolulu, Hawai`i  96813

*Amy B Asselbaye*
*Chief of Staff*
*31 AUG 2011   10:20*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard L. Holcomb
Holcomb Law, a Limited Liability Law Corporation
677 Ala Moana Blvd., Ste 614
Honolulu, HI 96813
545-4040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA

CLERK OF COURT

Date: AUG 30 2011

/s/ Erin Taniguchi

*Signature of Clerk or Deputy Clerk*