ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 31 2011

at __2__ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-00528 KSC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* STATE OF HAWAII DEPARTMENT OF THE ATTORNEY GENERAL

was received by me on *(date)* AUGUST 30, 2011.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* KENDALL J. MOSER, DEPUTY ATTORNEY GENERAL who is designated by law to accept service of process on behalf of *(name of organization)* STATE OF HAWAII, DEPARTMENT OF THE ATTORNEY GENERAL at 425 QUEEN STREET HONOLULU HI 96813 on *(date)* AUGUST 31, 2011 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: AUGUST 31, 2011

_____
Server's signature

DEXTER CARRASCO
Civil Process Server
*Printed name and title*

P. O. Box 4302
Honolulu, HI 96812
Tel: (808) 521-5800
*Server's address*

Additional information regarding attempted service, etc:

HID 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 30 2011

at __2__ o'clock and ____ min. __P__ M.
SUE BEITIA CLERK

| | |
|---|---|
| Christopher Baker ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. CV 11 00528 KSC |
| Louis Kealoha; Neil Abercrombie; State of Hawaii; ) | |
| City & County of Honolulu; Honolulu Police Dept. ) | |
| Defendant ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State of Hawaii
Department of the Attorney General
425 Queen Street
Honolulu, Hawaii 96813

/Kendall J. Moser/
Kendall J. Moser
Deputy Attorney General

31 AUG 2011   09:16

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard L. Holcomb
Holcomb Law, a Limited Liability Law Corporation
677 Ala Moana Blvd., Ste 614
Honolulu, HI 96813
545-4040

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA
CLERK OF COURT

Date: AUG 30 2011

/s/ Erin Taniguchi
*Signature of Clerk or Deputy*