CARRIE K.S. OKINAGA, 5958
Corporation Counsel

CURTIS E. SHERWOOD, 7851
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawaiʻi 96813
Telephone: (808) 768-5134
Facsimile: (808) 768-5105
Email address:  csherwood@honolulu.gov

Attorneys for Defendants
LOUIS KEALOHA, CITY AND COUNTY OF HONOLULU
and the HONOLULU POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| CHRISTOPHER BAKER, | ) CIVIL NO. CV11-00528 KSC |
| | ) |
| Plaintiffs, | ) DEFENDANTS LOUIS KEALOHA, |
| | ) CITY AND COUNTY OF |
| vs. | ) HONOLULU AND HONOLULU |
| | ) POLICE DEPARTMENT'S MOTION |
| LOUIS KEALOHA, as an individual | ) TO DISMISS PLAINTIFF'S |
| and in his official capacity as Honolulu | ) COMPLAINT FILED AUGUST 30, |
| Chief of Police; STATE OF HAWAII; | ) 2011; MEMORANDUM IN SUPPORT |
| CITY AND COUNTY OF | ) OF MOTION; DECLARATION OF |
| HONOLULU; HONOLULU POLICE | ) COUNSEL; EXHIBITS "A"-"E" |
| DEPARTMENT; NEIL | ) |
| ABERCROMBIE, in his official | ) |
| capacity as Hawaii Governor, | ) |
| | ) |
| Defendants. | ) Trial Date: None |
| _____ | ) |

DEFENDANTS LOUIS KEALOHA, CITY AND COUNTY OF HONOLULU
AND HONOLULU POLICE DEPARTMENT'S MOTION TO
DISMISS PLAINTIFF'S COMPLAINT FILED AUGUST 30, 2011

Defendants LOUIS M. KEALOHA, CITY AND COUNTY OF HONOLULU and the HONOLULU POLICE DEPARTMENT by and through their attorneys, Robert Carson Godbey, Corporation Counsel, and Curtis E. Sherwood, Deputy Corporation Counsel, hereby move this Honorable Court for an order dismissing this case against them for failure to state a claim upon which relief can be granted and for raising duplicative claims.

This motion is brought pursuant to Rules 7, 8 and 12(b) of the Federal Rules of Civil Procedure, and is based upon the Memorandum of Law in Support of the Motion, the Declaration of Counsel, Exhibits "A"-"E", and the record and files herein.

DATED: Honolulu, Hawai'i, September 21, 2011.

        CARRIE K.S. OKINAGA
        Corporation Counsel

By: /s/ Curtis E. Sherwood
    CURTIS E. SHERWOOD
    Deputy Corporation Counsel
    Attorney for Defendants
    LOUIS KEALOHA, CITY AND COUNTY OF HONOLULU and the HONOLULU POLICE DEPARTMENT