CARRIE K.S. OKINAGA, 5958
Corporation Counsel

CURTIS E. SHERWOOD, 7851
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: (808) 768-5134
Facsimile: (808) 768-5105
Email address:  csherwood@honolulu.gov

Attorneys for Defendants
LOUIS KEALOHA, CITY AND COUNTY OF HONOLULU
and the HONOLULU POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| CHRISTOPHER BAKER, | ) CIVIL NO. CV11-00528 KSC |
| Plaintiffs, | ) DECLARATION OF COUNSEL |
| vs. | ) |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAII; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor, | ) |
| | ) Trial Date: None |
| Defendants. | ) |

DECLARATION OF CURTIS E. SHERWOOD

I, CURTIS E. SHERWOOD, do hereby declare as follows:

1. I am an attorney licensed to practice law in all of the courts of the State of Hawaii, the United States District Court for the District of Hawaii, and the United States Court of Appeals for the Ninth Circuit. I am a member in good standing of all of the aforementioned courts.

2. I am a Deputy Corporation Counsel for the City and County of Honolulu and one of the attorneys representing Defendants LOUIS KEALOHA, CITY AND COUNTY OF HONOLULU and the HONOLULU POLICE DEPARTMENT in this action.

3. I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

4. Attached hereto as Exhibit "A" is a true and correct copy of the case entitled, Low v. City of Sacramento, *slip copy*, 2010 WL 3714993 (E.D.Cal. 2010).

5. Attached hereto as Exhibit "B" are true and correct copies from the 1973 REVISED CHARTED OF THE CITY & COUNTY OF HONOLULU (2000 Ed.), including Chapter 1, Section 6-102 and Chapter 16, Section 6-1602.

6. Attached hereto as Exhibit "C" is a true and correct copy of the case entitled, Beverly v. Casey, 2006 WL 298810 (D.Neb. 2006).

7. Attached hereto as Exhibit "D" is a true and correct copy of the case entitled, Marzan v. Bank of Am., 2011 WL 915574 (D. Haw. 2011).

8. Attached hereto as <u>Exhibit "E"</u> is a true and correct copy of the case entitled, <u>Plan Pros, Inc. v. Zych</u>, 2009 WL 928867 (D. Neb. 2009).

I, CURTIS E. SHERWOOD, DO DECLARE UNDER PENALTY OF LAWTHAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, September 21, 2011.

    /s/ Curtis E. Sherwood
CURTIS E. SHERWOOD