ROBERT CARSON GODBEY, 4685
Corporation Counsel

CURTIS E. SHERWOOD, 7851
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone:   (808) 768-5134
Facsimile:    (808) 768-5105
Email address:  csherwood@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
HONOLULU POLICE DEPARTMENT, and
LOUIS KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CHRISTOPHER BAKER, | CIVIL NO. CV11-00528 ACK/KSC |
| Plaintiff, | CERTIFICATE OF SERVICE |
| vs. | (RE: DEFENDANTS LOUIS KEALOHA, CITY AND COUNTY OF HONOLULU AND HONOLULU POLICE DEPARTMENT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FILED AUGUST 30, 2011; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS "A" – "E") |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAI'I; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 21, 2011, and by the methods of service noted below, a true and correct copy of DEFENDANTS LOUIS KEALOHA, CITY AND COUNTY OF HONOLULU AND HONOLULU POLICE DEPARTMENT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT FILED AUGUST 30, 2011; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBITS "A" – "E" was served on the following at their last known addresses as shown below.

Richard L. Holcomb, Esq.               **Via U.S. Mail, Postage Prepaid**
Holcomb Law, A Limited Liability Law Corporation
677 Ala Moana Boulevard, Suite 614
Honolulu, Hawai'i 96813
Email:  rholcomblaw@live.com

Alan Beck, Esq.                              **Via U.S. Mail, Postage Prepaid**
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Email:  ngord2000@yahoo.com

Kevin O'Grady, Esq.                      **Served Electronically through CM/ECF**:
The Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 704
Honolulu, Hawai'i 96813
Email:  Kevin@criminalandmilitarydefensehawaii.com

Attorneys for Plaintiff Christopher Baker

-3-

Caron M. Inagaki
Kendall J. Moser          **Served Electronically through CM/ECF**:
Deputy Attorneys General
Department of the Attorney General, State of Hawaiʻi
425 Queen Street
Honolulu, Hawaiʻi 96813
Kendall.J.Moser@hawaii.gov

Attorneys for State of Hawaiʻi and Neil Abercrombie

DATED:  Honolulu, Hawaiʻi, September 22, 2011.

>ROBERT CARSON GODBEY
>Corporation Counsel
>
>By:   /s/ Curtis E. Sherwood
>      CURTIS E. SHERWOOD
>      Deputy Corporation Counsel
>
>      Attorney for Defendants
>      CITY AND COUNTY OF HONOLULU,
>      HONOLULU POLICE DEPARTMENT,
>      and LOUIS KEALOHA

11-06294/196527

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Civil No. CV11-00528 ACK/KSC
<u>Christopher Baker v. Louis Kealoha, et al.</u>

<u>Certificate of Service</u>

-3-