DAVID M. LOUIE          2162
Attorney General of Hawaii

CARON M. INAGAKI       3835
KENDALL J. MOSER       6515
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Kendall.J.Moser@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII and
NEIL ABERCROMBIE, in his
official capacity as Hawaii Governor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>          Plaintiff,<br><br>vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAII; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor,<br><br>          Defendants. | CIVIL NO. 11-00528 ACK-KSC<br><br>DEFENDANTS STATE OF HAWAII AND NEIL ABERCROMBIE'S, in his official capacity as Hawaii Governor, MOTION FOR JUDGMENT ON THE PLEADINGS; MEMORANDUM IN SUPPORT OF MOTION; CERTIFICATE OF SERVICE |

DEFENDANTS STATE OF HAWAII AND NEIL ABERCROMBIE'S,
in his official capacity as Hawaii Governor, MOTION FOR
JUDGMENT ON THE PLEADINGS

Defendants State of Hawaii and Neil Abercrombie, in his official capacity as Hawaii Governor, by and through their attorneys, David M. Louie, Attorney General of Hawaii, and Caron M. Inagaki and Kendall J. Moser, Deputy Attorneys General, hereby move this Court for an order granting judgment in their favor as to all claims asserted against them in Plaintiff's Complaint for Deprivation of Civil Rights, Declaratory and for Injunctive Relief, and Preliminary Injunction, filed on August 30, 2011.

This motion is made pursuant to Rules 7 and 12(c) of the Federal Rules of Civil Procedure, and is based on the memorandum in support of motion, the records and files herein, and the arguments at the hearing of this motion.

DATED: Honolulu, Hawaii, September 28, 2011.

STATE OF HAWAII

DAVID M. LOUIE
Attorney General
State of Hawaii

CARON M. INAGAKI
Deputy Attorney General

/s/ Kendall J. Moser
KENDALL J. MOSER
Deputy Attorney General

Attorneys for Defendants
STATE OF HAWAII and
NEIL ABERCROMBIE, in his
official capacity as Hawaii Governor