DAVID M. LOUIE                2162
Attorney General of Hawaii

CARON M. INAGAKI          3835
KENDALL J. MOSER          6515
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Kendall.J.Moser@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII and
NEIL ABERCROMBIE, in his
official capacity as Hawaii Governor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAII; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor,<br><br>Defendants. | CIVIL NO. 11-00528 ACK-KSC<br><br>DEFENDANTS STATE OF HAWAII AND NEIL ABERCROMBIE'S, in his official capacity as Hawaii Governor, SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br><u>Scheduling Conference</u><br>Date: November 28, 2011<br>Time: 9:00 a.m.<br>Magistrate Judge Kevin S.C. Chang |

DEFENDANTS STATE OF HAWAII AND
NEIL ABERCROMBIE'S, in his official capacity as Hawaii
Governor, SCHEDULING CONFERENCE STATEMENT

Defendants State of Hawaii and Neil Abercrombie, in his official capacity as Hawaii Governor ("Defendants"), by and through their attorneys, David M. Louie, Attorney General of Hawaii, and Caron M. Inagaki and Kendall J. Moser, Deputy Attorneys General, hereby submit their Scheduling Conference Statement pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.2(b).

I.   STATEMENT OF THE CASE

In this 42 U.S.C. § 1983 action, Plaintiff complains that he was denied a firearms permit in violation of his Second Amendment rights, inter alia. Plaintiff has brought suit against the State of Hawaii and Governor Abercrombie in his official capacity, as well as against the City and County of Honolulu and others, and seeks monetary damages and declaratory and injunctive relief.

II.  STATEMENT OF JURISDICTION

This Court has original jurisdiction over Plaintiff's federal claims pursuant to 28 U.S.C. § 1343(a)(3). Venue is appropriate because the events described in the Complaint occurred in Honolulu.

III. JURY TRIAL

No party has demanded a jury trial.

IV. <u>DISCLOSURES</u>

Defendants will make the relevant documents and things in their possession, custody, or control, if any, available to Plaintiff at a mutually agreeable time and place.

V. <u>DISCOVERY AND MOTIONS</u>

Plaintiff has propounded written discovery requests to the Defendants as well as to the City and County defendants. Based on the date of service, responses to those requests are due the week November 21st.

Plaintiff filed a Motion for Preliminary Injunction on August 30, 2011 [Doc. #5] which is set to be heard by Judge Kay on January 17, 2012.

Defendants Louis Kealoha, City and County of Honolulu, and Honolulu Police Department filed a Motion to Dismiss Plaintiff's Complaint on September 21, 2011 [Doc. #15] which is set to be heard by Judge Kay on January 17, 2012.

Defendants filed a Motion for Judgment on the Pleadings on September 28, 2011 [Doc. #18] which is set to be heard by Judge Kay on January 17, 2012.

VI. <u>SPECIAL PROCEDURES</u>

Defendants take no position at this time regarding the appropriateness of any of the special procedures or other matters specified in FRCP Rule 16(c) and Local Rule 16.2.

VII. <u>RELATED CASES</u>

Defendants are unaware of any related pending case in any state or federal court.

DATED: Honolulu, Hawaii, November  18 , 2011.

STATE OF HAWAII

DAVID M. LOUIE
Attorney General
State of Hawaii

/s/ Kendall J. Moser
KENDALL J. MOSER
Deputy Attorney General

Attorney for Defendants
STATE OF HAWAII and
NEIL ABERCROMBIE, in his
official capacity as Hawaii Governor

4