DAVID M. LOUIE            2162
Attorney General of Hawaii

CARON M. INAGAKI         3835
KENDALL J. MOSER        6515
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Kendall.J.Moser@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII and
NEIL ABERCROMBIE, in his
official capacity as Hawaii Governor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| CHRISTOPHER BAKER, | CIVIL NO. 11-00528 ACK-KSC |
|---|---|
| Plaintiff, | DEFENDANTS STATE OF HAWAII AND NEIL ABERCROMBIE'S, in his official capacity as Hawaii Governor, INITIAL DISCLOSURES; CERTIFICATE OF SERVICE |
| vs. | |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAII; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor, | |
| Defendants. | |

DEFENDANTS STATE OF HAWAII AND NEIL ABERCROMBIE'S,
in his official capacity as Hawaii Governor, INITIAL DISCLOSURES

Defendants State of Hawaii and Neil Abercrombie, in his official capacity as Hawaii Governor ("Defendants"), by and through their attorneys, David M. Louie, Attorney General of Hawaii, and Caron M. Inagaki and Kendall J. Moser, Deputy Attorneys General, hereby submit their initial disclosures.

I. INDIVIDUALS WITH NON-PRIVILEGED PERSONAL KNOWLEDGE

At this time, Defendants are unaware of any individuals connected with the State of Hawaii who have personal knowledge of the events giving rise to Plaintiff's claims.

II. DOCUMENTS

At this time, Defendants are unaware of any documents relevant to Plaintiffs' claims in their possession, custody, or control.

III. DAMAGES

At this time, Defendants are not claiming any damages other than the costs of suit.

IV. INSURANCE COVERAGE

The State of Hawaii is self-insured to $2,000,000.00 and has excess coverage above that amount.

DATED: Honolulu, Hawaii, November _18_, 2011.

STATE OF HAWAII

DAVID M. LOUIE
Attorney General
State of Hawaii

/s/ Kendall J. Moser
KENDALL J. MOSER
Deputy Attorney General

Attorney for Defendants
STATE OF HAWAII and
NEIL ABERCROMBIE, in his
official capacity as Hawaii Governor