DAVID M. LOUIE                    2162
Attorney General of Hawaii

CARON M. INAGAKI            3835
KENDALL J. MOSER            6515
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Kendall.J.Moser@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII and
NEIL ABERCROMBIE, in his
official capacity as Hawaii Governor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>             Plaintiff,<br><br>vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAII; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor,<br><br>             Defendants. | CIVIL NO. 11-00528 ACK-KSC<br><br>CERTIFICATE OF SERVICE RE: DEFENDANTS STATE OF HAWAII AND NEIL ABERCROMBIE'S, in his official capacity as Hawaii Governor, RESPONSE TO PLAINTIFF CHRISTOPHER BAKER'S FIRST INTERROGATORIES |

CERTIFICATE OF SERVICE RE:
DEFENDANTS STATE OF HAWAII AND NEIL ABERCROMBIE'S, in his official capacity as Hawaii Governor, RESPONSE TO PLAINTIFF CHRISTOPHER BAKER'S FIRST INTERROGATORIES

I hereby certify that on the date indicated below, the original and a true and correct copy of Defendants State of Hawaii and Neil Abercrombie's, in his official capacity as Hawaii Governor, Response to Plaintiff Christopher Baker's First Interrogatories, dated November 18, 2011, were duly served by mail on the following at his last known address:

>   RICHARD L. HOLCOMB, ESQ.   rholcomblaw@live.com
>   677 Ala Moana Blvd., Suite 614
>   Honolulu, Hawaii  96813
>
>   Attorney for Plaintiff

I hereby further certify that on the date indicated below, true and correct copies of Defendants State of Hawaii and Neil Abercrombie's, in his official capacity as Hawaii Governor, Response to Plaintiff Christopher Baker's First Interrogatories, dated November 18, 2011, were duly served by mail on the following at their last known addresses:

>   ALAN BECK, ESQ.   ngord2000@yahoo.com
>   4780 Governor Drive
>   San Diego, California  92122

KEVIN O'GRADY, ESQ.　　　Kevin@criminalandmilitarydefensehawaii.com
1136 Union Mall, Suite 704
Honolulu, Hawaii 96813

Attorneys for Plaintiff

CURTIS E. SHERWOOD, ESQ.　　　csherwood@honolulu.gov
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendants
City and County of Honolulu,
Honolulu Police Department,
and Louis Kealoha

　　　DATED: Honolulu, Hawaii, November _18_, 2011.

　　　　　　　　　　　　STATE OF HAWAII

　　　　　　　　　　　　DAVID M. LOUIE
　　　　　　　　　　　　Attorney General
　　　　　　　　　　　　State of Hawaii

　　　　　　　　　　　　_/s/ Kendall J. Moser_
　　　　　　　　　　　　KENDALL J. MOSER
　　　　　　　　　　　　Deputy Attorney General

　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　STATE OF HAWAII and
　　　　　　　　　　　　NEIL ABERCROMBIE, in his
　　　　　　　　　　　　official capacity as Hawaii Governor