DAVID M. LOUIE    2162
Attorney General of Hawaii

CARON M. INAGAKI    3835
KENDALL J. MOSER    6515
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Kendall.J.Moser@hawaii.gov

Attorneys for Defendants
STATE OF HAWAII and
NEIL ABERCROMBIE, in his
official capacity as Hawaii Governor

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| CHRISTOPHER BAKER,<br><br>                Plaintiff,<br><br>vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAII; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor,<br><br>                Defendants. | CIVIL NO. 11-00528 ACK-KSC<br><br>CERTIFICATE OF SERVICE RE: DEFENDANTS STATE OF HAWAII AND NEIL ABERCROMBIE'S, in his official capacity as Hawaii Governor, RESPONSE TO PLAINTIFF CHRISTOPHER BAKER'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS |
|---|---|

CERTIFICATE OF SERVICE RE:
DEFENDANTS STATE OF HAWAII AND NEIL ABERCROMBIE'S,
in his official capacity as Hawaii Governor, RESPONSE TO
PLAINTIFF CHRISTOPHER BAKER'S FIRST REQUEST
FOR PRODUCTION OF DOCUMENTS

I hereby certify that on the date indicated below, the original of Defendants State of Hawaii and Neil Abercrombie's, in his official capacity as Hawaii Governor, Response to Plaintiff Christopher Baker's First Request for Production of Documents, dated November 18, 2011, was duly served by mail on the following at his last known address:

    RICHARD L. HOLCOMB, ESQ.    rholcomblaw@live.com
    677 Ala Moana Blvd., Suite 614
    Honolulu, Hawaii  96813

    Attorney for Plaintiff

I hereby further certify that on the date indicated below, true and correct copies of Defendants State of Hawaii and Neil Abercrombie's, in his official capacity as Hawaii Governor, Response to Plaintiff Christopher Baker's First Request for Production of Documents, dated November 18, 2011, were duly served by mail on the following at their last known addresses:

    ALAN BECK, ESQ.    ngord2000@yahoo.com
    4780 Governor Drive
    San Diego, California  92122

KEVIN O'GRADY, ESQ.  Kevin@criminalandmilitarydefensehawaii.com
1136 Union Mall, Suite 704
Honolulu, Hawaii 96813

Attorneys for Plaintiff

CURTIS E. SHERWOOD, ESQ.  csherwood@honolulu.gov
530 South King Street, Room 110
Honolulu, Hawaii 96813

Attorney for Defendants
City and County of Honolulu,
Honolulu Police Department,
and Louis Kealoha

DATED: Honolulu, Hawaii, November 18, 2011.

STATE OF HAWAII

DAVID M. LOUIE
Attorney General
State of Hawaii

/s/ Kendall J. Moser
KENDALL J. MOSER
Deputy Attorney General

Attorney for Defendants
STATE OF HAWAII and
NEIL ABERCROMBIE, in his
official capacity as Hawaii Governor

3