# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 11-00528ACK-KSC |
| CASE NAME: | Christopher Baker v. Louis Kealoha, as an individual and in his official capacity as Honolulu Chief of Police, et al. |
| ATTYS FOR PLA: | Alan Beck, by phone<br>Richard Holcomb<br>Kevin O'Grady |
| ATTYS FOR DEFT: | Kendall Moser<br>Curtis Sherwood |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 11/28/2011 | TIME: | 9:00-9:10am |

COURT ACTION:  EP: Rule 16 Scheduling Conference.  Rule 16 Scheduling Conference held.  Rule 16 Scheduling Conference Order to be issued.

1.   Non-jury trial on November 27, 2012 at 9:00 a.m. before ACK
2.   Final Pretrial Conference on October 16, 2012 at 9:00 a.m. before KSC
3.   Final Pretrial Conference before District Judge N/A
4.   Final Pretrial Statement by October 9, 2012
5.   File motions to Join/Add Parties/Amend Pleadings by April 27, 2012
6.   File other Non-Dispositive Motions by August 29, 2012
7.   File Dispositive Motions by June 27, 2012
8a.  File Motions in Limine by November 6, 2012
8b.  File opposition memo to a Motion in Limine by November 13, 2012
11a. Plaintiff's Expert Witness Disclosures by **May 29, 2012**
11b. Defendant's Expert Witness Disclosures by June 27, 2012
12.  Discovery deadline September 28, 2012
13.  Settlement Conference set for 8/23/2012 at 11:00am before KSC
14.  Settlement Conference statements by 8/16/2012
20.  Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by N/A
21.  File Final witness list by November 6, 2012
24.  Exchange Exhibit and Demonstrative aids by October 30, 2012
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by November 6,

2012
26. File objections to the Exhibits by November 13, 2012
28a. File Deposition Excerpt Designations by November 6, 2012
28b. File Deposition Counter Designations and Objections by November 13, 2012
29. File Trial Brief by November 13, 2012
30. File Findings of Fact & Conclusions of Law by November 13, 2012

Other Matters:
None.


Submitted by: Shari Afuso, Courtroom Manager

CV11-528ACK-KSC
Baker v. Kealoha
Rule 16 Scheduling Conference
11/28/2011