ROBERT CARSON GODBEY, 4685
Corporation Counsel

CURTIS E. SHERWOOD, 7851
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: (808) 768-5134
Facsimile: (808) 768-5105
Email address:  csherwood@honolulu.gov

Attorneys for Defendants
CITY AND COUNTY OF HONOLULU,
HONOLULU POLICE DEPARTMENT,
and LOUIS KEALOHA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CHRISTOPHER BAKER, | ) CIVIL NO. CV11-00528 ACK/KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) (RE: CITY DEFENDANTS' INITIAL |
| | ) DISCLOSURES, CITY |
| LOUIS KEALOHA, as an individual and | ) DEFENDANTS' RESPONSES TO |
| in his official capacity as Honolulu Chief | ) PLAINTIFF CHRISTOPHER |
| of Police; STATE OF HAWAI'I; CITY | ) BAKER'S INTERROGATORIES, |
| AND COUNTY OF HONOLULU; | ) CITY DEFENDANTS' RESPONSES |
| HONOLULU POLICE DEPARTMENT; | ) TO PLAINTIFF CHRISTOPHER |
| NEIL ABERCROMBIE, in his official | ) BAKER'S REQUEST FOR |
| capacity as Hawaii Governor | ) ADMISSIONS, AND CITY |
| | ) DEFENDANTS' RESPONSES TO |
| Defendants. | ) PLAINTIFF CHRISTOPHER |
| | ) BAKER'S REQUEST FOR |
| | ) PRODUCTION OF DOCUMENTS) |

## CERTIFICATE OF SERVICE

I hereby certify that, on December 15, 2011, and by the methods of service noted below, a true and correct copy of the following documents:

- City Defendants' Rule 26(A)(1) Initial Disclosures
- City Defendants' Answers to Plaintiff Christopher Baker's First Set of Interrogatories dated October 24, 2011 (2 COPIES)
- City Defendants' Response to Plaintiff Christopher Baker's First Request for Admissions dated October 24, 2011 (2 COPIES)
- City Defendants' Response to Plaintiff Christopher Baker's First Request for Production of Documents dated October 24, 2011; [Documents Bate-Stamped Nos. C00001-C00039]

were served on the following at their last known addresses as shown below:

Richard L. Holcomb, Esq.　　　　　　　　　　　　**via U.S. Mail**
Holcomb Law, a Limited Liability Law Corp.
677 Ala Moana Boulevard, Suite 614
Honolulu, Hawai'i 96813

Kendall J. Moser, Deputy Attorneys General　　　**via U.S. Mail**
Department of the Attorney General
State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813

DATED: Honolulu, Hawai'i, December 15, 2011.

　　　　　　　　　　　　ROBERT CARSON GODBEY
　　　　　　　　　　　　Corporation Counsel

　　　　　　　　　　　By: /s/ Curtis E. Sherwood
　　　　　　　　　　　　　CURTIS E. SHERWOOD
　　　　　　　　　　　　　Deputy Corporation Counsel

　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　CITY AND COUNTY OF HONOLULU,
　　　　　　　　　　　　　HONOLULU POLICE DEPARTMENT,
　　　　　　　　　　　　　and LOUIS KEALOHA