# UNITED STATES DISTRICT COURT
for the
District of Hawaii

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2012

at __ o'clock and __ min. __M
SUE BEITIA, CLERK

| | |
|---|---|
| CHRISTOPHER BAKER | ) |
| *Plaintiff* | ) |
| | ) Case No. 1:11-CV-528-ACK-KSC |
| v. | ) |
| | ) |
| LOUIS KEALOHA, ET AL. | ) |
| *Defendant* | ) |

## APPLICATION TO APPEAR PRO HAC VICE
(Attach Declaration of Counsel in support of application. $300.00 assessment required - see Declaration, paragraph 7.)

| | |
|---|---|
| Name of Attorney: | Jonathan L. Diesenhaus |
| Firm Name: | Hogan Lovells LLP |
| Firm Address: | 555 13th Street, N.W., Washington, DC 20004 |
| Firm Telephone: | (202) 637-5416 |
| Firm Fax: | (202) 637-5910 |
| Party Represented: | Brady Center for Gun Violence |
| Name/Address of Local Counsel: | Mark M. Murakami, Esq. / Damon Key Leong Kupchak Hastert  1003 Bishop Street, Suite 1600, Honolulu, HI 96813 |

Pursuant to LR 83.1(e) of the Local Rules of Practice for the United States District Court for the District of Hawaii, the undersigned applies for an order permitting the above-names attorney to appear and participate as counsel pro hac vice for the above-named party in all matters in the above-captioned case or proceeding.
This request is based on the declaration of the attorney seeking to appear pro hac vice.

Dated: FEB 13 2012

Signature*

Mark M. Murakami
(Print name if original signature)

*If this application is being signed by local counsel on behalf of the applicant, the signature constitutes consent to the designation as associate counsel; otherwise such consent shall be filed separately.