HID 007A (Rev. 02/11) Declaration of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Hawaii

| Baker | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| | ) | Case No. 1:11-cv-528-ACK-KSC |
| v. | ) | |
| | ) | |
| Kealoha | ) | |
| *Defendant* | ) | |

| DECLARATION OF COUNSEL |
|---|
| (Attach to Application to Appear Pro Hac Vice.) |
| Name of Declarant: Jonathan L. Diesenhaus |

I am not a resident of the District of Hawaii, am not regularly employed in the District of Hawaii, and am not regularly engaged in business, professional or law-related activities in the District of Hawaii, and that:

1. The city and state of my residence and office address is:
Chevy Chase, Maryland

Hogan Lovells, 555 13th Street, N.W., Washington, DC 20004

2. I have been admitted to practice in the following courts on the dates noted:
Supreme Court of Colorado         10/27/1988
US Court of Appeals, 4th Circuit    1/5/2011
DC Court of Appeals                5/9/1990
DC Circuit                        4/18/1991
US Court of Appeals, 1st Circuit    2011

3. I am in good standing and eligible to practice in the following courts (declarant may state "All of the courts identified in paragraph 2"):
All of the courts identified in paragraph 2.

4. I (a) am not currently involved in disciplinary proceedings before any state bar, federal bar, or any equivalent; (b) have not in the past 10 years been suspended, disbarred, or otherwise subject to other disciplinary proceeding before any state bar, federal bar, or its equivalent; © have not been denied admission pro hac vice by any court or agency in the past 10 years; and (d) have not been the subject of a criminal investigation know to the attorney or a criminal prosecution or conviction in any court in the past ten (10) years.

5. If I am concurrently making or have made within the preceding year an application to appear pro hac vice in a case or proceeding in the District of Hawaii, the title and number of each matter is stated below, together with the date of the application and whether the application was granted.

6. I designate the following to serve as associate counsel who is a member in good standing of the bar of the United States District Court for the District of Hawaii and maintains an office in ths district, with the address, telephone and fax numbers, and e-mail address noted:

Mark M. Murakami
1003 Bishop Street, #1600, Pauahi Tower, Honolulu, Hawaii 96813
808-531-8031
808-533-2242
MMM@HAWAIILAWYER.COM

7. Payment of the $300 assessment for limited admission has or will be made by mailing a check to the Clerk, United States District Court, District of Hawaii, 300 Ala Moana Boulevard, Room C-338, Honolulu, HI 96850 (Payable to the Clerk, U.S. District Court, and noting the case & named applicants)

**I declare under penalty of perjury that the foregoing is true and correct.** (Attach any additional pages if any further explanation is needed)

Dated: 2/8/2012

_____
Signature

---

**CONSENT OF LOCAL COUNSEL**
(Local counsel may sign below if consent is not recorded elsewhere.)

Dated:_____     _____
                                      Signature