# FILING FEE RECEIVED

## PRO HAC VICE: ☐

```
Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI002701
Cashier ID: lg
Transaction Date: 02/13/2012
Payer Name: DAMON KEY LEONG KUPCHAK HAST
ER
-----------------------------------
PRO HAC VICE
 For: DAMON KEY LEONG KUPCHAK HASTER
 Case/Party: D-HIX-1-11-CV-000528-001
 Amount:       $300.00
-----------------------------------
CHECK
 Remitter: DAMON KEY LEONG KUPCHAK HASTE
R
 Check/Money Order Num: 65563
 Amt Tendered: $300.00
-----------------------------------
Total Due:     $300.00
Total Tendered: $300.00
Change Amt:    $0.00

CV 11-528ACK-KSC


A FEE OF $53.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```