Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law
A Law Corporation
MARK M. MURAKAMI          7342-0
mmm@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
Telephone: (808) 531-8031
Facsimile: (808) 533-2242

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 13 2012

at ___ o'clock and ___ min ___ M.
SUE BEITIA, CLERK

JONATHAN L. DIESENHAUS          (*application for pro hac status pends*)
HOGAN LOVELLS US LLP
555 13TH Street, N.W.
Washington, D.C. 20004
jonathan.diesenhaus@hoganlovells.com
Attorneys for Movant
**BRADY CENTER TO PREVENT GUN VIOLENCE**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER, | CIVIL NO. 11-00528 ACK-KSC |
| Plaintiffs, | **MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF;** |
| vs. | **MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF MARK M. MURAKAMI; EXHIBIT "A"; CERTIFICATE OF SERVICE** |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAII; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor, | |
| Defendants. | |

159925P

## MOTION FOR LEAVE TO FILE AMICUS CURIAE BRIEF

The Brady Center to Prevent Gun Violence respectfully requests this Court grant leave to file an *amicus curiae* brief in support of the Defendants in this matter. The Defendants have consented to the filing of this brief, but the Plaintiff has not consented yet. Additionally, as set forth more fully in the attached Memorandum in Support of Motion, this Court has broad discretion to grant amicus status to the Brady Center to Prevent Gun Violence.

This motion is based on the Memorandum in Support of Motion, the attached Declaration of Mark M. Murakami, Fed. R. Civ. P. 7 and Local Rule 7, the record and files in this case.

DATED: Honolulu, Hawaii, February 13, 2012.

DAMON KEY LEONG KUPCHAK HASTERT
and HOGAN LOVELLS US LLP

_____
MARK M. MURAKAMI
JONATHAN L. DIESENHAUS
Attorneys for Amicus Curiae
**BRADY CENTER TO PREVENT GUN VIOLENCE**