IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER, <br><br> Plaintiffs, <br><br> vs. <br><br> LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAII; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor, <br><br> Defendants. | CIVIL NO. 11-00528 ACK-KSC <br><br> **DECLARATION OF MARK M. MURAKAMI; EXHIBIT "A"** |

## DECLARATION OF MARK M. MURAKAMI

I, Mark M. Murakami, declare as follows:

1. I am an attorney with Damon Key Leong Kupchak Hastert, attorneys for Amicus Curiae BRADY CENTER TO PREVENT GUN VIOLENCE, in the above-entitled matter.

2. I am licensed to practice law in all courts in the State of Hawaii.

3. This declaration is based upon my personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

159925P

4. On February 9, 2012, I telephonically contacted Kendall Moser, Esq., counsel for the State Defendants and asked if his clients would consent to the amicus brief. He left me a message that the State Defendants do consent.

5. On February 9, 2012, I telephonically contacted Curtis Usherwood, Esq., counsel for the City Defendants and asked if his clients would consent to the amicus brief. He said that the City Defendants do consent to the amicus brief.

6. On February 9, 2012, I telephonically contacted Richard Holcombe, Esq., counsel for the Plaintiff and asked if he would consent to the amicus brief. As of February 13, 2012, I have not heard from counsel regarding Plaintiff's willingness to consent.

7. Attached hereto as Exhibit "A" is the Brady Center to Prevent Gun Violence's proposed Amicus Brief.

I declare under penalty of law that the foregoing is true and correct to the best of my knowledge and belief.

Dated: Honolulu, Hawaii, February 13, 2012.

MARK M. MURAKAMI

159925P