Of Counsel:
DAMON KEY LEONG KUPCHAK HASTERT
Attorneys at Law, A Law Corporation
MARK M. MURAKAMI 7342-0
mmm@hawaiilawyer.com
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
Telephone: (808) 531-8031
Facsimile:  (808) 533-2242

JONATHAN L. DIESENHAUS            (*application for pro hac status pends*)
HOGAN LOVELLS LLP
555 13TH Street, N.W.
Washington, D.C. 20004
jonathan.diesenhaus@hoganlovells.com
Telephone: (202) 637-5416
Facsimile:  (202) 637-5910

Attorneys for Movant
BRADY CENTER TO PREVENT GUN VIOLENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER , | CIVIL NO. 11-00528 ACK-KSC |
| Plaintiffs, | **ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE* OF JONATHAN L. DIESENHAUS, ESQ.** |
| vs. | |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAII; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor, | |
| Defendants. | |

**ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*
OF JONATHAN L. DIESENHAUS, ESQ.**

2

This Application for Admission *Pro Hac Vice* of Jonathan L. Diesenhaus, Esq., and the written consent of Mark M. Murakami, Esq., having been brought before the Court, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that said Application is granted.

DATED:  Honolulu, Hawaii, February 27, 2012.



_____
Kevin S.C. Chang
United States Magistrate Judge

---

*Christopher Baker v. Louis Kealoha, et al.*; Civil No. 11-00528 ACK-KSC; U.S. DISTRICT COURT; DISTRICT OF HAWAII; ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF JONATHAN L. DIESENHAUS, ESQ.

160872P