IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| CHRISTOPHER BAKER, | ) CIVIL NO. CV11-00528 KSC |
| | ) |
| Plaintiffs, | ) DECLARATION OF COUNSEL |
| | ) |
| vs. | ) |
| | ) |
| LOUIS KEALOHA, as an individual | ) |
| and in his official capacity as Honolulu | ) |
| Chief of Police; STATE OF HAWAII; | ) |
| CITY AND COUNTY OF | ) |
| HONOLULU; HONOLULU POLICE | ) |
| DEPARTMENT; NEIL | ) |
| ABERCROMBIE, in his official | ) |
| capacity as Hawaii Governor, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## DECLARATION OF COUNSEL

I, CURTIS E. SHERWOOD, do hereby declare as follows:

1.   I am an attorney licensed to practice law in all of the courts of the

State of Hawaii, the United States District Court for the District of Hawaii, and the

United States Court of Appeals for the Ninth Circuit. I am a member in good

standing of all of the aforementioned courts.

2.   I am a Deputy Corporation Counsel with the City and County of

Honolulu and one of the attorneys representing Defendants LOUIS M.

KEALOHA, the HONOLULU POLICE DEPARTMENT and the CITY AND

COUNTY OF HONOLULU in the instant matter.

3.   I have personal knowledge of and am competent to make this Declaration concerning the matters set forth below.

4.   Attached hereto as <u>Exhibit "A"</u> is a true and correct copy of an excerpt from the City and County of Honolulu, Office of the City Auditor's Report entitled, *Service Efforts and Accomplishments & 2010 Honolulu Citizen Survey*.

5.   Attached hereto as <u>Exhibit "B"</u> is a true and correct copy of the case entitled, <u>Young v. Hawaii</u>, slip copy, 2009 WL 1955749 (D.Hawaii 2009).

6.   Attached hereto as <u>Exhibit "C"</u> is a true and correct copy of the case entitled, <u>Piszczatoski v. Filko</u>, slip copy, 2012 WL 104917 (D.N.J. 2012).

7.   Attached hereto as <u>Exhibit "D"</u> is a true and correct copy of the case entitled, <u>Birdt v. Beck</u>, unreported, No. 2:10-cv-08377-JAK-JEM (C.D.Cal. Jan. 13, 2012).

8.   Attached hereto as <u>Exhibit "E"</u> is a true and correct copy of the case entitled, <u>Richards v. County of Yolo</u>, slip copy, 2011 WL 1885641 (E.D.Cal. May 16, 2011).

9.   Attached hereto as <u>Exhibit "F"</u> is a true and correct copy of the case entitled, <u>Manago v. Williams</u>, unreported, 2008 WL 2388652 (E.D.Cal. 2008).

I, CURTIS E. SHERWOOD, DO DECLARE UNDER PENALTY OF LAWTHAT THE FOREGOING IS TRUE AND CORRECT.

DATED: Honolulu, Hawaii, February 29, 2012.

    /s/ Curtis E. Sherwood
CURTIS E. SHERWOOD