

Office of the City Auditor
City and County of Honolulu
State of Hawai'i
Report for Fiscal Year 2010

# Service Efforts and Accomplishments
## & 2010 Honolulu Citizen Survey



Report No. 11-03 / March 2011

## CRIME

Honolulu has experienced an 11% overall decline in crime over the last five years. During the same period, there has been an increase in arrests and substantial increases in clearance rates for forcible rape, robbery and larceny-theft offenses.

According to the department, the Criminal Investigation Division cleared an average of 56% of felony cases investigated in the last fiscal year. The department attributes the improvement to their emphasis on core capabilities, and providing professional patrol and investigative services that prevent and counter crime. The department states community policing and neighborhood partnerships are important in crime prevention. Technology has significantly enhanced the effectiveness of patrol officers and detectives.

The department is committed to making Honolulu the safest place to live, work and play. Compared to other cities, Honolulu is mid-range in the number of crimes per 1,000 residents.



Source: Honolulu Police Department.

| Calendar Year | Actual Offenses[1] | | | Arrests | | | Clearance Rates for Part 1 Offenses | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Part 1 Offenses | Part 2 Offenses | Total Offenses | Adult Arrests | Juvenile Arrests | Total Arrests | Homicide | Rape | Robbery | Larceny Theft |
| CY 2006 | 43,747 | 66,194 | 109,941 | 30,985 | 7,907 | 38,892 | 93.3% | 34.3% | 21% | 10.4% |
| CY 2007 | 42,903 | 66,673 | 109,576 | 32,217 | 8,820 | 41,037 | 50% | 44.3% | 21.3% | 9.5% |
| CY 2008 | 35,462 | 64,806 | 100,268 | 30,971 | 8,753 | 39,724 | 80% | 56.3% | 23.9% | 13% |
| CY 2009 | 35,712 | 61,987 | 97,699 | 28,997 | 8,852 | 37,849 | 80% | 55.9% | 25.9% | 12.7% |
| CY 2010 | 36,166 | 61,681 | 97,847 | 32,068 | 8,248 | 40,316 | 93.3% | 55.3% | 25.8% | 14.9% |
| Change over last 5 years | -17% | -7% | -11% | 3% | 4% | 4% | 0% | 61% | 23% | 44% |

Source: Honolulu Police Department.

[1] The department complies with FBI Uniform Crime Reporting guidelines in reporting Part 1 and Part 2 offenses. Part 1 includes murder, forcible rape, robbery, aggravated assault, burglary, larceny-theft, motor vehicle theft and arson. Part 2 includes all other offenses, such as other assaults, forgery, fraud, vandalism, weapons, prostitution, other sex offenses, drug crimes, gambling, family offenses, liquor laws, driving while intoxicated and disorderly conduct.