ROBERT CARSON GODBEY, 4685
Corporation Counsel
CURTIS E. SHERWOOD, 7851
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: (808) 768-5134
Facsimile: (808) 768-5105
Email address:  csherwood@honolulu.gov

Attorneys for City Defendants
LOUIS KEALOHA, CITY AND COUNTY OF HONOLULU
and the HONOLULU POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>Plaintiffs,<br><br>vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAII; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor,<br><br>Defendants.<br>_____ | CIVIL NO. CV11-00528 KSC<br><br>DEFENDANTS LOUIS KEALOHA, CITY AND COUNTY OF HONOLULU AND HONOLULU POLICE DEPARTMENT'S ERRATA TO ITS MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FILED AUGUST 30, 2011 FILED ON FEBRUARY 29, 2012; CERTIFICATE OF SERVICE<br><br>Hearing:<br>Date: March 21, 2012<br>Time: 10:00 a.m.<br>Judge: The Honorable Alan C. Kay<br><br>Trial Date: November 13, 2012 |

DEFENDANTS LOUIS KEALOHA, CITY AND COUNTY OF HONOLULU AND HONOLULU POLICE DEPARTMENT'S ERRATA TO ITS MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION FILED AUGUST 30, 2011 FILED ON FEBRUARY 29, 2012

COMES NOW, Defendants Louis Kealoha, City and County of Honolulu and Honolulu Police Department (hereinafter referred to as "City Defendants"), by and through its attorneys ROBERT CARSON GODBEY, Corporation Counsel, and CURTIS E. SHERWOOD, Deputy Corporation Counsel, and hereby respectfully submits its Errata to Its Memorandum in Opposition to Plaintiffs' Motion for Preliminary Injunction Filed August 30, 2011 Filed on February 29, 2012, to correct the Table of Contents and the inadvertent omission of the Table of Authorities.

DATED:  Honolulu, Hawai'i, March 2, 2012.

ROBERT CARSON GODBEY
Corporation Counsel

By:  /s/ Curtis E. Sherwood
     CURTIS E. SHERWOOD
     Deputy Corporation Counsel

     Attorney for Defendants
     CITY AND COUNTY OF HONOLULU,
     HONOLULU POLICE DEPARTMENT,
     and LOUIS KEALOHA