# **TABLE OF CONTENTS**

TABLE OF AUTHORITIES ............................................................................... iv

I.   INTRODUCTION ...................................................................................... 1

II.  DISCUSSION .............................................................................................. 5

   A.  Plaintiff Is Not Entitled to a Preliminary Injunction ............................... 5

   B.  Plaintiff Cannot Demonstrate a Likelihood of Success on the Merits ....... 6

      *(1) History Indicates that the Right to Carry Concealed Firearms Is Not Within the Purview of the Second Amendment's Protections* ...... 6

      *(2) Decisions Rendered Since Heller Agree that the Second Amendment Does Not Include a Right to Carry Concealed Firearms Outside of the Home* ...........................................................11

      *(3) Even if an Intermediate Scrutiny Analysis Applies Here, H.R.S. § 134-9 Satisfies Such Test* ..................................................................14

      *(4) Recent Cases Have Upheld Similar Laws Regulating Conceal Carry Licenses* ..................................................................................15

   C.  Plaintiff Has Not Demonstrated That He Would Suffer Irreparable Harm ..........................................................................................................17

   D.  The Injunctive Relief Sought Will Harm the Public Interest .......................... 19

III. CONCLUSION ..........................................................................................23

# **TABLE OF AUTHORITIES**

**Cases**

Alliance for the Wild Rockies v. Cottrell, 632 F.3d 1127 (9th Cir. 2011) ---------- 5
Amoco Production Co. v. Gambell, 480 U.S. 531, 107 S.Ct. 1396 (1987) ---------- 5
Associated General Contractors of California, Inc. v. Coalition for Economic
  Equity, 950 F.2d 1401 (9th Cir. 1991) ----------------------------------------------- 5
Aymette v. State, 21 Tenn. 154, 1840 WL 1554 (1840) ------------------------------- 8
Birdt v. Beck, No. 2:10-cv-08377-JAK-JEM (C.D.Cal. Jan. 13, 2012) -------- 16-17
Caribbean Marine Servs. Co. v. Baldrige, 844 F.2d 668, 674 (9th Cir.1988) ------ 19
City of Cleburne v. Cleburne Living Ctr., Inc.,
  473 U.S. 432, 105 S.Ct. 3249 (1985) ------------------------------------------------ 6
Clark v. Jeter, 486 U.S. 456, 108 S.Ct. 1910 (1988) ------------------------------------14
District of Columbia v. Heller,
  554 U.S. 570, 128 S.Ct. 2783 (2008) --------------------- 4,8,10,11,12,13,15,16,18
Ezell v. City of Chicago, 651 F.3d 684 (7th Cir. 2011) --------------------------- 6,7,18
Florida Bar v. Went For It, Inc., 515 U.S. 618, 115 S.Ct. 2371 (1995)--------------14
Goldie's Bookstore, Inc. v. Superior Court, 739 F.2d 466 (9th Cir.1984)-----------19
McDonald v. City of Chicago, ___ U.S. ___, 130 S.Ct. 3020 (2010) ---------------- 4
Manago v. Williams, unreported, 2008 WL 2388652 (E.D.Cal. 2008)--------------19
Moore v. Madigan, slip copy, 2012 WL 344760 (C.D.Ill. Feb 3, 2012) ------------- 6
Munaf v. Geren, 553 U.S. 674, 128 S.Ct. 2207 (2008) -------------------------------- 5
Nordyke v. King, 644 F.3d 776 (9th Cir.2011) ----------------------------------------12
Payton v. New York, 445 U.S. 573, 100 S.Ct. 1371 (1980)--------------------------10
People v. Dawson, 403 Ill.App.3d 499, 934 N.E.2d 598 (Ill. App. Ct. 2010) ------13
People v. Yarbrough, 169 Cal.App.4th 303, 88 Cal.Rptr.3d 674 (2008) ------------13
Piszczatoski v. Filko, slip copy, 2012 WL 113566 (D.N.J. 2012)------------ 15,16,17
Richards v. County of Yolo, slip copy, 2011 WL 1885641 (E.D.Cal. 2011) ------17
Robertson v. Balwin, 165 U.S. 275, 17 S.Ct. 326 (1897)-----------------------------12
Sims v. United States, 963 A.2d 147 (D.C. 2008) -------------------------------------13
Sir John Knight's Case, 87 Eng. Rep. 75 (1686)---------------------------------------- 9
State v. Buzzard, 4 Ark. 18, 1842 WL 331 (Ark. 1842) ------------------------------ 8
United States v. Masciandaro, 638 F.3d 458 (4th Cir. 2011)--------------------- 13,22
United States. v. Salerno, 481 U.S. 739, 107 S.Ct. 2095 (1987)---------------------14
United States v. Skoien, 614 F.3d 638 (7th Cir. 2010) -------------------------------14
Williams v. State, 471 Md. 479, 495, 10 A.3d 1167, 1177 (2011) ------------------13
Weinberger v. Romero-Barcelo, 456 U.S. 305, 102 S.Ct. 1798 (1982) ------------- 5
Winter v. Natural Resources Defense Council,
  555 U.S. 7, 129 S.Ct. 365 (2008) ------------------------------------------------------5,6

<u>Young v. Hawaii</u>, slip copy, 2009 WL 1955749 (D.Hawaii 2009) --------------- 6,13
<u>Zepeda v. I.N.S.</u>, 753 F.2d 719, 727 (9th Cir. 1983)------------------------------- 6

**Constitutional Provisions**

U.S. CONST. amend I  ----------------------------------------------------------------- 8
U.S. CONST. amend II  -------------------------------------------2,6,7,8,9,11,12,13,17,22
U.S. CONST. amend IV  --------------------------------------------------------------- 8

**Statutes**

18 U.S.C. §§ 926B ---------------------------------------------------------------------- 1
18 U.S.C. §§ 926C ---------------------------------------------------------------------- 1

1876 Wyo. Comp. Laws ch. 52, § 1 ---------------------------------------------------- 8

Act of Nov. 18, 1858, Corp. Laws of the City of Washington D.C. ----------------- 8

California Penal Code § 12050(a)(1)(A) --------------------------------------------- 6

H.R.S. § 134-5 -------------------------------------------------------------------------- 3
H.R.S. § 134-7 -------------------------------------------------------------------------- 2
H.R.S. § 134-9 ----------------------------------------------------------------------- 2,14
H.R.S. § 134-9(c)----------------------------------------------------------------------- 3,4
H.R.S. § 134-16------------------------------------------------------------------------- 3
H.R.S. § 134-23------------------------------------------------------------------------- 3
H.R.S. § 134-24------------------------------------------------------------------------- 3
H.R.S. § 134-25------------------------------------------------------------------------- 3
H.R.S. § 134-26------------------------------------------------------------------------- 3
H.R.S. § 134-27------------------------------------------------------------------------- 3
H.R.S. § 134-51------------------------------------------------------------------------- 3

Statute of Northampton, 2 Edw. 3, c. 3 (1328) (Eng.)----------------------------- 9

Tex. Act of Apr. 12, 1871, ch. 34----------------------------------------------------- 8

**Other Authorities**

3 SIR EDWARD COKE, INSTITUTES OF THE LAWES OF ENGLAND 160 (1797 ed.)  10,11

4 WILLIAM BLACKSTONE, COMMENTARIES *149 -----------------------------------11

Branas, et al., *Investigating the Link Between Gun Possession and Gun Assault*, 99 AM. J. PUB. HEALTH 2034-------------------------------------------------------21

Ik-Whan Kwon & Daniel Baack, *The Effectiveness of Legislation Controlling Gun Usage*, 64 AM. J. ECON. & SOC. 533 ------------------------------------------------ 21

John J. Donohue, *Guns, Crime, and the Impact of State Right-to-Carry Laws*, 73 FORDHAM L. REV. 623 (2004) ---------------------------------------------------- 15

John R. Lott Jr., *More Guns, Less Crime: Understanding Crime and Gun Control Laws* (Univ. Chicago Pr. 2000) ------------------------------------------- 20

Patrick J. Charles, *Scribble Scrabble, The Second Amendment, & Historical Guideposts: A Short Reply to Lawrence Rosenthal & Joyce Lee Malcolm*, 105 NW. U. L. REV. COLLOQUY 227 (2011) ----------------------------------------- 9

Robert Ehrlich, *Nine Crazy Ideas in Science (A Few May Even Be True)* (Princeton Univ. Pr. 2001) ------------------------------------------------------- 20

*The Great Gun Fight*, REASON 53 (Aug. 2001) ----------------------------------------- 20

Violence Policy Center, *Concealed Carry Killers* (2009) ---------------------------- 15