TO: LOUIS M. KEALOHA, CHIEF OF POLICE       Approved / Denied

VIA: DELBERT T. TATSUYAMA, DEPUTY CHIEF OF POLICE
DAVE M. KAJIHIRO, ASSISTANT CHIEF, SUPPORT SERVICES BUREAU
KURT B. KENDRO, MAJOR, RECORDS AND IDENTIFICATION DIVISION
JEFFREY RICHARDS, CAPTAIN, RECORDS AND IDENTIFICATION DIVISION
PAUL CALVEY, LIEUTENANT, RECORDS AND IDENTIFICATION DIVISION
BENJAMIN MOSZKOWICZ, SERGEANT, RECORDS AND IDENTIFICATION DIVISION, FIREARMS UNIT

FROM: GLEN YAGYAGAN, MPO-I M, RECORDS AND IDENTIFICATION DIVISION, FIREARMS UNIT

The below-listed applicant has applied for a license to carry a concealed firearms. A background investigation was conducted, and the following checks were made.

Applicant Information:

| Permit | License to Carry Concealed |
|---|---|
| Applicant Name | Christopher Henry Baker |
| Address | 642 Maluniu Avenue |
| City / State / Zip | Kailua, Hawaii 96734 |
| Date of Birth | 04-27-1984 |
| Social Security | 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 |

ASSIGNMENT

On 08-31-2010, I was working in a plainclothes capacity assigned to the Firearms Unit. I initiated this report based on the background check conducted on Mr. Christopher Henry Baker for an Application for a License to Carry a Concealed Firearm.

JUSTIFICATION FOR APPLICATION:

Refer to written statement by BAKER attached.

BACKGROUND CHECKS CONDUCTED

Type of Checks Made:

| Rap Check | Negative | Warrant Check | Negative |
|---|---|---|---|
| NCIC | Negative | Juvenile Check | Negative |
| Mental Health | Negative | Microfiche | Negative |
| Current Activity | Negative | Past Activity | |
| Other Info | | | |

CORP COU C-00001