# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

|  |  |
|---|---|
| CHRISTOPHER BAKER, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| LOUIS KEALOHA, as an individual and | ) |
| in his official capacity as Honolulu Chief | ) |
| of Police; | ) |
| STATE OF HAWAII; | ) |
| CITY AND COUNTY OF HONOLULU; | ) |
| HONOLULU POLICE DEPARTMENT; | ) |
| NEIL ABERCROMBIE, in his official | ) |
| capacity as Hawaii Governor, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

CASE NO. CV11-00528

PLAINTIFF CHRISTOPHER BAKER'S REPLY TO DEFENDANTS' RESPONSE TO PLAITNIFF'S MOTION FOR PRELIMINARY INJUNCTION; CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

I hereby certify that on the date first written below, I duly served a true and exact copy of the foregoing document upon the following persons by operation of the electronic filing system or first class United States mail, postage prepaid, on:

Curtis Sherwood
City and County of Honolulu
530 S. King Street, Room 110
Honolulu, HI  96813

Kendall Moser
Dept. of the Attorney General
425 Queen Street
Honolulu, HI  96813

DATED:  Honolulu, Hawai'i; March 7, 2012.

s/Richard L. Holcomb
Richard L. Holcomb
Attorney for Plaintiff