# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV NO. 11-00528ACK-KSC |
| CASE NAME: | Christopher Baker Vs. Louis Kealoha, etc., et al. |
| ATTYS FOR PLA: | Richard L. Holcomb<br>Kevin G. O'Grady |
| ATTYS FOR DEFT: | Kendall J. Moser<br>Curtis E. Sherwood<br>Mark Murakami |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | Gloria Bediamol |
| DATE: | 03/21/2012 | TIME: | 10:05am-11:25am |

COURT ACTION:        EP:    Court Hearing on Dispositive Motions

[5] Plaintiff's Motion for Preliminary Injunction-Oral Discussion Held.  Court Hereby Denies the Motion.  (Terminate Motion)

[15] Defendants Honolulu Police Department, City and County of Honolulu and Louis Kealoha's Motion to Dismiss Complaint-Oral Discussion Held.  Court Hereby Grants in Part and Denies in Part.  (Terminate Motion)

[18] Defendant Neil Abercombie and State of Hawaii's Motion for Judgment on the Pleadings-Oral Discussion Held.  Court Hereby Grants the Motion.  (Terminate Motion)

Submitted by Leslie L. Sai, Courtroom Manager