RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
677 Ala Moana Blvd., Suite #614
Honolulu, HI 96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@live.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (808) 295-6733
Email: ngord2000@yahoo.com

KEVIN O'GRADY (HI Bar No. 8817)
The Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite #704
Honolulu, HI 96813
Telephone: (808) 521-3367
Facsimile: (808) 521-3369
Email: Kevin@criminalandmilitarydefensehawaii.com

Attorneys for Plaintiff Christopher Baker

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>Plaintiff/Appellant,<br>vs.<br><br>LOUIS KEALOHA, as an individual;<br>CITY AND COUNTY OF HONOLULU;<br><br>Defendants/Appellees | CASE NO. CV 11-00528<br><br>NOTICE OF APPEAL OF ORDER DENYING PRELIMINARY INJUNCTION |

NOTICE OF APPEAL OF ORDER DENYING PRELIMINARY INJUNCTION

Notice is hereby given that Plaintiff Christopher Baker in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an

order denying Mr. Baker's request for a preliminary injunction entered in this action on the 30th day of April, 2012.

Respectfully submitted this 23rd day of May, 2012

s/ Richard L. Holcomb_________________
Richard Holcomb (HI Bar No. 9177)

s/ Alan Beck__________________________
Alan Beck (HI Bar No. 9145)

s/ Kevin O'Grady_____________________
Kevin O'Grady (HI Bar. No. 8817)