No.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER BAKER, )<br>  )<br>         Plaintiff, )<br>  vs. )<br>  )<br>LOUIS KEALOHA, as an individual and )<br>in his official capacity; )<br>CITY AND COUNTY OF HONOLULU; )<br>  )<br>         Defendants. )<br>_____ )<br>_____ | REPRESENTATION<br>STATEMENT<br><br><br>PRELIMINARY INJUNCTION<br>APPEAL |

<u>PLAINTIFF/APPELLANT</u>

Christopher Baker

<u>Counsel for Plaintiff</u>

RICHARD L HOLCOMB (HI Bar 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite 808
Honolulu, HI 96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@live.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0414
Email: ngord2000@yahoo.com

KEVIN O'GRADY (HI Bar No. 8817)
The Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite #808

Honolulu, HI 96813
Telephone: (808) 521-3367
Facsimile: (808) 521-3369
Email: kevin@criminalandmilitarydefensehawaii.com

DEFENDANTS/APPELLEES

LOUIS Kealoha, as an individual and in his official capacity;

City and County of Honolulu

Counsel for Defendants

 CARRIE K.S. OKINAGA, 5958
Corporation Counsel
CURTIS E. SHERWOOD, 7851
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawaiʻi 96813
Telephone: (808) 768-5134
Facsimile: (808) 768-5105
Email address: csherwood@honolulu.gov

AMICUS

Joshua L. Diesenhaus
Hogan Lovells LLP
555 13th St NW
Washington, DC 20004
(202) 637-5416
Fax: (202) 637-5910
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Mark M. Murakami
Damon Key Leong Kupchak Hastert
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
531-8031
Fax: 533-2242

Email: usdc@hawaiilawyer.com

Respectfully Submitted this 23rd day of May 2012

                                            s/Richard L. Holcomb
                                            Richard L. Holcomb 9177
                                            Attorney for Plaintiff/Appellant

                                            s/ Alan Beck
                                            Alan Beck 9145
                                            Attorney for Plaintiff/Appellant

                                            s/ Kevin O'Grady
                                            Kevin O'Grady 8817
                                            Attorney for Plaintiff/Appellant