# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>        Plaintiff,<br>  vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police;<br>STATE OF HAWAII;<br>CITY AND COUNTY OF HONOLULU;<br>HONOLULU POLICE DEPARTMENT;<br>NEIL ABERCROMBIE, in his official capacity as Hawaii Governor,<br><br>        Defendants.<br>_____ | CASE NO. CV11-00528<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date first written below, I duly served a true and exact copy of the foregoing document upon the following persons by operation of the electronic filing system or first class United States mail, postage prepaid, on:

Curtis Sherwood  
City and County of Honolulu  
530 S. King Street, Room 110  
Honolulu, HI  96813  

Kendall Moser  
Dept. of the Attorney General  
425 Queen Street  
Honolulu, HI  96813  

DATED:  Honolulu, Hawai'i; May 29, 2012.

                                                            s/Richard L. Holcomb  
                                                            Richard L. Holcomb  
                                                             Attorney for Plaintiff