A-11 (rev. 7/00)



USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: Hawaii | JUDGE: Honorable Alan Kay |
|---|---|---|
| Christopher Baker, Plaintiff, v. Louis Kealoha, in his official and individual capacity; Honolulu Police Department; City and County of Honolulu; Neil Abercrombie, in his official and individual capacity; and State of Hawaii, Defendants | DISTRICT COURT NUMBER: CV11-00528 | |
| | DATE NOTICE OF APPEAL FILED: May 27, 2012 | IS THIS A CROSS APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): N/A | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

This is a challenge to a number of unconstitutional Hawaii statutes that prevent Plaintiff from exercising his rights guaranteed by the Second and Fourteenth Amendments of the United States Constitution. Mr. Baker requested a preliminary injunction to enjoin enforcement of these statutes. Mr. Baker's request was denied in an Order entered on May 1, 2012.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

Hawaii prohibits the bearing and/or transporting of firearms outside the home, even in non-sensitive places. Plaintiff's permit application was denied by the Chief of Police, in his sole discretion and without affording Due Process, According to Defendants, Plaintiff failed to show "sufficient justification" for exercising his Second Amendment rights. Plaintiff is also prohibited from possessing less-than-lethal weapons despite the common and widespread use of those weapons.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

Nordyke, et. al. v. King, et. al., No. 07-15763
Richards et. al. v. Prieto, et. al. No. 11-16255
Peruta, et. al. v. County of San Diego, et. al., No. 10-56971

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**
☐ Possibility of Settlement
☒ Likelihood that intervening precedent will control outcome of appeal
☒ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify)

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

### JURISDICTION

**FEDERAL**
- [x] FEDERAL QUESTION
- [ ] DIVERSITY
- [ ] OTHER (SPECIFY):

**APPELLATE**
- [ ] FINAL DECISION OF DISTRICT COURT
- [x] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT
- [ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):
- [ ] OTHER (SPECIFY):

### DISTRICT COURT DISPOSITION

**TYPE OF JUDGMENT/ORDER APPEALED**
- [ ] DEFAULT JUDGMENT
- [ ] DISMISSAL/JURISDICTION
- [ ] DISMISSAL/MERITS
- [ ] SUMMARY JUDGMENT
- [ ] JUDGMENT/COURT DECISION
- [ ] JUDGMENT/JURY VERDICT
- [ ] DECLARATORY JUDGMENT
- [ ] JUDGMENT AS A MATTER OF LAW
- [x] OTHER (SPECIFY): Preliminary Injunction

**RELIEF**
- [ ] DAMAGES: SOUGHT $ ___ AWARDED $ ___
- [x] INJUNCTIONS:
  - [x] PRELIMINARY
  - [ ] PERMANENT
  - [ ] GRANTED
  - [ ] DENIED
- [ ] ATTORNEY FEES: SOUGHT $ ___ AWARDED $ ___
- [x] PENDING
- [ ] COSTS: $ ___

## CERTIFICATION OF COUNSEL

I CERTIFY THAT:

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

Signature: /s/
Date: May 29, 2012

## COUNSEL WHO COMPLETED THIS FORM

| | |
|---|---|
| NAME | Richard L. Holcomb |
| FIRM | Holcomb Law, LLLC |
| ADDRESS | 1136 Union Mall, Suite 808 |
| CITY | Honolulu |
| STATE | HI |
| ZIP CODE | 96813 |
| E-MAIL | rholcomblaw@live.com |
| TELEPHONE | (808) 545-4040 |
| FAX | (808) 356-1954 |

**\*\*THIS DOCUMENT SHOULD BE FILED IN DISTRICT COURT WITH THE NOTICE OF APPEAL.\*\***
**\*\*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS.\*\***