# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>LOUIS KEALOHA, as an individual and )<br>in his official capacity as Honolulu Chief )<br>of Police; )<br>STATE OF HAWAII; )<br>CITY AND COUNTY OF HONOLULU; )<br>HONOLULU POLICE DEPARTMENT; )<br>NEIL ABERCROMBIE, in his official )<br>capacity as Hawaii Governor, )<br>)<br>Defendants. )<br>_____ ) | CASE NO. CV11-00528<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on the date first written below, I duly served a true and exact copy of the foregoing document upon the following persons by operation of the electronic filing system or first class United States mail, postage prepaid, on:

Curtis Sherwood  
City and County of Honolulu  
530 S. King Street, Room 110  
Honolulu, HI  96813

Kendall Moser  
Dept. of the Attorney General  
425 Queen Street  
Honolulu, HI  96813

DATED:  Honolulu, Hawai'i; May 29, 2012.

s/Richard L. Holcomb  
Richard L. Holcomb  
Attorney for Plaintiff