RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
677 Ala Moana Blvd., Suite #614
Honolulu, HI  96813
Telephone: (808) 545-4040
Facsimile: (808) 356-1954
Email: rholcomblaw@live.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Telephone: (619) 971-0412
Email:  ngord2000@yahoo.com

KEVIN O'GRADY (HI Bar No. 8817)
The Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite #808
Honolulu, HI  96813
Telephone:  (808) 521-3367
Facsimile:  (808) 521-3369
Email:  Kevin@criminalandmilitarydefensehawaii.com

Attorneys for Plaintiff Christopher Baker

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER, )<br><br>            Plaintiff, )<br>     vs. )<br> )<br> LOUIS KEALOHA, as an individual and )<br>in his official capacity as Honolulu Chief )<br>of Police; STATE OF HAWAII; )<br>CITY AND COUNTY OF HONOLULU; )<br>HONOLULU POLICE DEPARTMENT; )<br>NEIL ABERCROMBIE, in his official )<br>capacity as Hawaii Governor, )<br> )<br>            Defendants. | CASE NO. CV 11-00528<br>NOTICE OF  APPEAL<br><br>PRELIMINARY INJUNCTION<br>APPEAL |

---

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Christopher Baker in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from an order denying Mr. Baker's request for a preliminary injunction entered in this action on the 30th day of April, 2012.

Respectfully submitted this 29th day of May, 2012

___/S/ Richard Holcomb_____
Richard Holcomb (HI No. 9177)


__/S/ Alan Beck_____
Alan Beck (HI Bar No. 9145)


__/S/ Kevin O'Grady_____
Kevin O'Grady (HI Bar. No. 8817)