*Notice of Appeal*
CV 11-528 ACK-KSC

```
Court Name: U.S DISTRICT COURT HAWAII
Division: 1
Receipt Number: HI003934
Cashier ID: lq
Transaction Date: 05/29/2012
Payer Name: KEVIN OGRADY LLC

NOTICE OF APPEAL/DOCKETING FEE
 For: KEVIN OGRADY LLC
 Case/Party: D-HIX-1-11-CV-000528-001
 Amount:         $455.00

CHECK
 Remitter: KEVIN OGRADY LLC
 Check/Money Order Num: 1524
 Amt Tendered: $455.00

Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

CV 11-528ACK-KSC


A FEE OF $53.00 WILL BE CHARGED FOR
ANY RETURNED CHECK.
```