# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

**SUE BEITIA**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TEL (808) 541-1300
CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　FAX (808) 541-1303

May 31, 2012

To All Counsel of Record as Appellees:

    IN RE:    Baker v Kealoha

              CIV NO.    11-00528 ACK-KSC

              CA NO.    12-16258

Dear Counsel:

    Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on May 29, 2012 .

    All counsel please read and follow the enclosed instructions.  Thank You.

                                          Sincerely Yours,

                                          SUE BEITIA, CLERK

                                          by:  /S/ SUE BEITIA by EPS

Enclosures

cc:    Kevin Gerard O'Grady (attorney for appellant) via ECF
           Instructions for Civil Appeals
           Transcript Desig. & Ordering Form with instructions
           Copy of the Docket Sheet
    Richard L. Holcomb and  Alan A.  Beck (attorneys for appellant)
           Transmittal Letter only by US Mail
    Curtis E.  Sherwood via ECF
    Kendall J.  Moser vis ECF
    Clerk, 9th CCA via ECF