UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
300 ALA MOANA BLVD C-338
HONOLULU HI 96850

SUE BEITIA
CLERK

TELEPHONE
(808)541-1300
FAX 541-1303

## INSTRUCTIONS FOR CIVIL APPEALS

### TO COUNSEL OF RECORD OR PRO SE:

In order to properly prepare the record on appeal, the following instructions must be followed.:

I. **PAYMENT OF THE FILING & DOCKET FEES.**

   A. The U.S. District Court Filing Fee of $5.00 and the Ninth Circuit Court of Appeals Docket Fee of $450.00 are both due upon the filing of the Notice of Appeal.

   B. One check, in the amount of $455.00 should be made payable to the Clerk, U.S. District Court.

   C. All appeals are subject to dismissal for failure to pay or the docket fee. (Does not apply to cases in which the appellant has been granted leave to proceed in forma pauperis.)

   D. Upon the filing of the Notice of Appeal, a copy of the District Court docket sheet will be sent to all parties.

II. **ORDER THE REPORTER'S TRANSCRIPT.**

   A. The **Appellant** is required to use the "Transcript Designation and Ordering" form (available @ www.hid.uscourts.gov). This form will be sent to the **Appellant** upon the filing of the Notice of Appeal. Instructions for the preparation of this form will be sent to both the appellant and the appellee.

III. **CERTIFICATE OF RECORD.**

   A. After the designated transcripts are filed, the U.S. District Court will fill out section "D" of the "Transcript Designation and Ordering" form (which is the Certificate of Record) and file it with the Ninth Circuit Court of Appeals. A copy of the Certificate of Record will be sent to all parties.

   B. The Ninth Circuit Court of Appeals, upon receipt of the Certificate of Record, will notify all parties of the briefing schedule.

Revised 05/2006