# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
### DISTRICT OF HAWAII
300 ALA MOANA BLVD C-338
HONOLULU HI 96850

SUE BEITIA
CLERK

TELEPHONE
(808)541-1300
FAX 541-1303

To Counsel of Record:

Enclosed is a revised copy of the Transcript Designation and Ordering Form.

Please refer to the enclosed copy of the docket sheet to determine who the court reporter is for a specific hearing. The name of the court reporter is indicated in the parentheses before the name of the presiding judge at the end of the minutes. Minutes of hearings are designated by EP: for **E**ntering **P**roceedings.

The court reporters are designated by the following:

| | |
|---|---|
| DC= Debra Chun | - (808) 541-2061 |
| CT= Cynthia Fazio | - (808) 541-2063 |
| GB= Gloria Bediamol | - (808) 541-2060 |
| KE= Katherine Eismann | - (808) 541-2062 |
| SP= Stephen Platt | - Contact Clerk's Office 541-1300 |
| Sharon Ross | - (808) 291-4935 |
| Lisa Groulx | - (808) 225-5701 |
| Ann Matsumoto | - (808) 521-1877 |
| ESR/Tape/CD/FTR= Electronically recorded | - (808) 541-1895. |

All other court reporters will be listed by their full names.

**Original - Filed with the district court**
**Serve a copy on opposing counsel(s).**
**Serve a copy on each court reporter.**
Make additional photocopies if necessary. Contact court reporter to make further arrangements for payment.
**Retain a copy for yourself.**

If you have any questions regarding this matter, please feel free to contact the Clerk's Office at (808) 541-1300.

Sincerely,

SUE BEITIA, Clerk

by: /s/
    Docket Clerk

(Rev. 03/12)