ADDITIONAL INSTRUCTIONS
FOR TRANSCRIPT DESIGNATION AND ORDERING FORM

In addition to the specific instructions included on the enclosed form, the following guidelines are offered:

(1)     This form is sent to the appellant and appellee upon the filing of the notice of appeal.

(2)     Unless the parties have agreed on which portions of the transcript to order, or appellant intends to order the entire transcript, appellant shall serve appellee with a notice specifying which portions of the transcript appellant intends to order from the court reporter, as well as a statement of the issues the appellant intends to present on appeal. In the alternative, appellant shall serve on appellee a statement indicating that appellant does not intend to order any transcripts. This notice and statement shall be served on appellee within 10 days of the filing of the notice of appeal or within 10 days of the entry of an order disposing of the last timely filed motion of a type specified in FRAP 4(a)(4).(Circuit Rule 10-3.1(a))

(3)     The appellee should notify the appellant of any further designations, following the appropriate rule, i.e. within 10 days of the service date of appellant's initial notice.

(4)     If the appellant is unable to contact the appellee or does not receive any response within the time prescribed, this information should be noted on the designation form.

(5)     The appellant should then complete the enclosed Transcript Designation and Ordering Form and file the original with the District Court Clerk's Office. Send a copy to the court reporter(s), (in cases involving multiple reporters, serve a copy to each reporter), and to opposing counsel. This should be done within thirty (30) days from the filing of the notice of appeal. (Note: the appellant should complete and file the enclosed form even if the designated transcripts are already on file. A notation to that effect should be noted on the enclosed form).

(Rev. 3/2012)