APPEAL

# U.S. District Court
## District of Hawaii (Hawaii)
### CIVIL DOCKET FOR CASE #: 1:11−cv−00528−ACK−KSC

| | |
|---|---|
| Baker v. Kealoha et al<br>Assigned to: JUDGE ALAN C KAY<br>Referred to: JUDGE KEVIN S.C. CHANG<br>Case in other court:  9CCA, CA 12−16258<br>Cause: 42:1983 Civil Rights Act | Date Filed: 08/30/2011<br>Jury Demand: None<br>Nature of Suit: 440 Civil Rights: Other<br>Jurisdiction: Federal Question |

**Plaintiff**

**Christopher Baker**     represented by     **Alan A. Beck**
4780 Governor Drive
San Diego, CA 92122
(808) 295−6733
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin Gerard O'Grady**
The Law Office of Kevin O'Grady, LLC
1136 Union Mall, Ste 808
Honolulu, HI 96813
521−3367
Fax: 521−3369
Email: Kevin@CriminalAndMilitaryDefenseHawaii.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L. Holcomb**
Holcomb Law, LLLC
1136 Union Mall, Ste. 808
Honolulu, HI 96813
545−4040
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Louis Kealoha**
*as an individual and in his official capacity as Honolulu Chief of Police*     represented by     **Curtis E. Sherwood**
Office of Corporation Counsel−Honolulu
530 S King St Ste 110
Honolulu, HI 96813
768−5134
Fax: 768−5105
Email: csherwood@honolulu.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hawaii, State of**     represented by     **Kendall J. Moser**
Office of the Attorney General−State of Hawaii
Kekuanao'a Building
425 Queen St
Honolulu, HI 96813
586−1494
Email: Kendall.J.Moser@hawaii.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Honolulu, City and County of**     represented by    **Curtis E. Sherwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Honolulu Police Department**     represented by    **Curtis E. Sherwood**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Neil Abercrombie**     represented by    **Kendall J. Moser**
*in his official capacity as Hawaii Governor*             (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

**Brady Center To Prevent Gun Violence**     represented by    **Joshua L. Diesenhaus**
Hogan Lovells LLP
555 13th St NW
Washington, DC 20004
(202) 637−5416
Fax: (202) 637−5910
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark M. Murakami**
Damon Key Leong Kupchak Hastert
1003 Bishop Street, Suite 1600
Honolulu, HI 96813
531−8031
Fax: 533−2242
Email: usdc@hawaiilawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/30/2011 | 1 | COMPLAINT For Deprivation Of Civil Rights, Declaratory and for Injunctive Relief, and Preliminary Injunction, filed by Christopher Baker. (Attachments: # 1 Civil Cover Sheet)(eps) (Entered: 08/31/2011) |
| 08/30/2011 | 2 | Summons Issued as to Louis Kealoha. (Attachments: # 1 Summons (issued) as to State of Hawaii, # 2 Summons (issued)as to CCHonolulu, # 3 Summons (issued) as to Honolulu Police Department, # 4 Summons (issued)as to Neil Abercrombie)(eps) (Entered: 08/31/2011) |
| 08/30/2011 | 3 | Filing fee: $ 350.00,receipt number HI000889 re 1 (eps) (Entered: 08/31/2011) |
| 08/30/2011 | 4 | Order Setting Rule 16 Scheduling Conference for 09:00AM on 11/28/2011 before JUDGE KEVIN S.C. CHANG.. by JUDGE SUSAN OKI MOLLWAY on 08/30/11. (Attachments: # 1 Memorandum re: Corporate Disclosure Statements)(eps) (Entered: 08/31/2011) |
| 08/30/2011 | 5 | MOTION for Preliminary Injunction Kevin Gerard O'Grady, Richard L. Holcomb, Alan A. Beck appearing for Plaintiff Christopher Baker (Attachments: # 1 Memorandum In Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 2 (Part 2), # 5 Declaration of Christopher Baker, # 6 Declaration Richard L Holcomb, # 7 Notice of Hearing, # 8 Certificate of Service)(eps) (Entered: 08/31/2011) |

| | | |
|---|---|---|
| 08/30/2011 | 12 | NOTICE of Case Reassignment: Please reflect new Civil Case Number CIV 11−00528 ACK−KSC on all further documents and pleadings. Please disregard the Notice of Assignment to Magistrate Judge. This Civil Case has been reassigned to JUDGE ALAN C KAY.. (eps)<br><br>CERTIFICATE OF SERVICE<br><br>*Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on 09/02/2011.* (Entered: 09/02/2011) |
| 08/31/2011 | 7 | SUMMONS RETURNED EXECUTED by Christopher Baker. Honolulu, City and County of served on 8/31/2011, answer due 9/21/2011. (bbb, ) (Entered: 09/01/2011) |
| 08/31/2011 | 8 | SUMMONS RETURNED EXECUTED by Christopher Baker. Louis Kealoha served on 8/31/2011, answer due 9/21/2011. (bbb, ) (Entered: 09/01/2011) |
| 08/31/2011 | 9 | SUMMONS RETURNED EXECUTED by Christopher Baker. Neil Abercrombie served on 8/31/2011, answer due 9/21/2011. (bbb, ) (Entered: 09/01/2011) |
| 08/31/2011 | 10 | SUMMONS RETURNED EXECUTED by Christopher Baker. Honolulu Police Department served on 8/31/2011, answer due 9/21/2011. (bbb, ) (Entered: 09/01/2011) |
| 08/31/2011 | 11 | SUMMONS RETURNED EXECUTED by Christopher Baker. Hawaii, State of served on 8/31/2011, answer due 9/21/2011. (bbb, ) (Entered: 09/01/2011) |
| 09/09/2011 | 13 | NOTICE of Hearing on Motion 5 Plaintiff's MOTION for Preliminary Injunction set for Court Hearing on 1/17/2012 at 10:00 AM before JUDGE ALAN C KAY. (lls, )<br><br>CERTIFICATE OF SERVICE<br><br>*Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry.* (Entered: 09/09/2011) |
| 09/21/2011 | 14 | *DEFENDANTS STATE OF HAWAII AND NEIL ABERCROMBIE'S, in his official capacity as Hawaii Governor* ANSWER to 1 Complaint *FOR DEPRIVATION OF CIVIL RIGHTS, DECLARATORY AND FOR INJUNCTIVE RELIEF, AND PRELIMINARY INJUNCTION* by Neil Abercrombie, Hawaii, State of. (Attachments: # 1 Certificate Of Service)(Moser, Kendall) (Entered: 09/21/2011) |
| 09/21/2011 | 15 | MOTION to Dismiss *Complaint* Curtis E. Sherwood appearing for Defendants Honolulu Police Department, Honolulu, City and County of, Louis Kealoha (Attachments: # 1 Memorandum of Law in Support of Motion, # 2 Declaration of Counsel, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E)(Sherwood, Curtis) (Entered: 09/21/2011) |
| 09/22/2011 | 16 | CERTIFICATE OF SERVICE by Honolulu Police Department, Honolulu, City and County of, Louis Kealoha re 15 MOTION to Dismiss *Complaint* (Sherwood, Curtis) (Entered: 09/22/2011) |
| 09/23/2011 | 17 | NOTICE of Hearing on Motion 15 *Defendants Honolulu Police Department, City and County of Honolulu and Louis Kealoha's MOTION to Dismiss Complaint set for Court Hearing on 1/17/2012 at 10:00 AM before JUDGE ALAN C KAY.* (lls, )<br><br>CERTIFICATE OF SERVICE<br><br>*Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry.* (Entered: 09/23/2011) |
| 09/28/2011 | 18 | MOTION for Judgment on the Pleadings Kendall J. Moser appearing for Defendants Neil Abercrombie, Hawaii, State of (Attachments: # 1 Memorandum In Support Of Motion, # 2 Certificate Of Service)(Moser, Kendall) (Entered: 09/28/2011) |

| | | |
|---|---|---|
| 09/30/2011 | 19 | NOTICE of Hearing on Motion 18 Defendants Neil Abercrombie and the State of Hawaii's MOTION for Judgment on the Pleadings set for Court Hearing on 1/17/2012 at 10:00 AM before JUDGE ALAN C KAY. (lls, ) <br><br>CERTIFICATE OF SERVICE <br><br>Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 09/30/2011) |
| 10/12/2011 | 20 | EO: re 4 Rule 16 Scheduling Conference set 11/28/11 at 9:00am before Judge Chang. Alan Beck to participate by phone and notify all parties. (JUDGE KEVIN S.C. CHANG)(sna, )No COS issued for this docket entry (Entered: 10/12/2011) |
| 11/18/2011 | 21 | Scheduling Conference Statement *from (DEFENDANTS STATE OF HAWAII AND NEIL ABERCROMBIE, in his official capacity as Hawaii Governor)*. (Attachments: # 1 Certificate Of Service)(Moser, Kendall) (Entered: 11/18/2011) |
| 11/18/2011 | 22 | INITIAL DISCLOSURE by Neil Abercrombie, Hawaii, State of. (Attachments: # 1 Certificate Of Service)(Moser, Kendall) (Entered: 11/18/2011) |
| 11/18/2011 | 23 | CERTIFICATE OF SERVICE by Neil Abercrombie, Hawaii, State of *RESPONSE TO PLAINTIFF CHRISTOPHER BAKER'S FIRST INTERROGATORIES* (Moser, Kendall) (Entered: 11/18/2011) |
| 11/18/2011 | 24 | CERTIFICATE OF SERVICE by Neil Abercrombie, Hawaii, State of *RESPONSE TO PLAINTIFF CHRISTOPHER BAKER'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS* (Moser, Kendall) (Entered: 11/18/2011) |
| 11/18/2011 | 25 | CERTIFICATE OF SERVICE by Neil Abercrombie, Hawaii, State of *rESPONSE TO PLAINTIFF CHRISTOPHER BAKER'S FIRST REQUEST FOR ADMISSIONS* (Moser, Kendall) (Entered: 11/18/2011) |
| 11/22/2011 | 26 | Pretrial Conference Statement by Christopher Baker. (Attachments: # 1 Certificate of service)(O'Grady, Kevin) (Entered: 11/22/2011) |
| 11/22/2011 | 27 | REPORT of Planning Meeting *Discovery Plan FRCP R 26f3*. (O'Grady, Kevin) (Entered: 11/22/2011) |
| 11/22/2011 | 28 | INITIAL DISCLOSURE by Christopher Baker. (O'Grady, Kevin) (Entered: 11/22/2011) |
| 11/28/2011 | 29 | EP: Rule 16 Scheduling Conference held on 11/28/2011. Rule 16 Scheduling Conference Order to be issued. Bench Trial set for 11/27/2012 09:00 AM before JUDGE ALAN C KAY. Final Pretrial Conference set for 10/16/2012 09:00 AM before JUDGE KEVIN S.C. CHANG. Settlement Conference set for 8/23/2012 11:00 AM before JUDGE KEVIN S.C. CHANG. Motions due by 6/27/2012. Discovery due by 9/28/2012. (C5 − no record, 9:00−9:10am.) (JUDGE KEVIN S.C. CHANG)(sna, )No COS issued for this docket entry (Entered: 11/28/2011) |
| 11/28/2011 | 30 | RULE 16 SCHEDULING ORDER:. Signed by JUDGE KEVIN S.C. CHANG on 11/28/11. (eps) <br><br>CERTIFICATE OF SERVICE <br><br>Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/28/2011) |
| 12/08/2011 | 31 | EO: 5 Plaintiff's MOTION for Preliminary Injunction and 15 Defendants Honolulu Police Department, City and County of Honolulu and Louis Kealoha's MOTION to Dismiss *Complaint set for 1/17/2012 is hereby continued to 3/21/2012 at 10:00 AM before JUDGE ALAN C KAY. Judge Kay is on unavailable status on 1/17/2012.* (JUDGE ALAN C KAY)(lls, ) <br><br>*CERTIFICATE OF SERVICE* <br><br>*Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry* (Entered: 12/08/2011) |

| | | |
|---|---|---|
| 12/08/2011 | 32 | EO: Ripe deadline re: 5 MOTION for Preliminary Injunction and 15 MOTION to Dismiss *Complaint* set for 3/21/2012. (JUDGE ALAN C KAY)(lls, )<sup>No COS issued for this docket entry</sup> (Entered: 12/08/2011) |
| 12/08/2011 | 33 | EO: 18 Defendants Neil Abercombie and State of Hawaii's MOTION for Judgment on the Pleadings set for Court Hearing on 1/17/2012 is hereby continued to 3/21/2012 at 10:00 AM before JUDGE ALAN C KAY. Judge Kay is on unavailable status on 1/17/2012. (JUDGE ALAN C KAY)(lls, ) <br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 12/08/2011) |
| 12/15/2011 | 34 | CERTIFICATE OF SERVICE by Honolulu Police Department, Honolulu, City and County of, Louis Kealoha *re:Discovery Responses to Plaintiff Christopher Baker and Initial Disclosures* (Sherwood, Curtis) (Entered: 12/15/2011) |
| 02/13/2012 | 35 | APPLICATION To Appear Pro Hac Vice : Mark M. Murakami (local counsel) and Jonathan L Diesenhaus (PHV) requesting to appear for Amicus Brady Center For Gun Violence (Attachments: # 1 Declaration of Counsel)(eps) (Entered: 02/13/2012) |
| 02/13/2012 | 36 | Filing fee: $ 300.00,receipt number HI002701 re 35 for Pro Hac Vice as to Jonathan L Diesenhaus (eps) (Entered: 02/13/2012) |
| 02/13/2012 | 37 | MOTION for Leave to File Amicus Curiae Brief − Mark M. Murakami appearing for Amicus Brady Center For Gun Violence (Attachments: # 1 Memorandum In Support, # 2 Declaration of Mark M Murakami, # 3 Exhibit A (Brief), # 4 Exhibit A, # 5 Exhibit B, # 6 Certificate of Service)(eps) (Entered: 02/13/2012) |
| 02/16/2012 | 38 | MEMORANDUM in Opposition *to Defts City &County mtn to dismiss* filed by Christopher Baker. (O'Grady, Kevin) Modified on 2/17/2012 : **creating docketing relationship to the motion** 15 (eps) . (Entered: 02/16/2012) |
| 02/16/2012 | 39 | MEMORANDUM in Opposition *to Def Gov Abercrombie's motion to dismiss* filed by Christopher Baker. (O'Grady, Kevin) Modified on 2/23/2012 : **creating docket entry relationship to motion** 18 (eps). (Entered: 02/16/2012) |
| 02/23/2012 | 40 | ORDER GRANTING The Brady Center To Prevent Gun Violence's Motion For Leave To File An Amicus Curiae Brief In Support of Defendants re 37 . Signed by JUDGE ALAN C KAY on 2/23/12. (eps) (Additional attachment(s) added on 2/24/2012: # 1 ORDER) .<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. Electronic notification regenerated on 02/24/2012. The header is corrected and the order previously filed is restricted from public view. (Entered: 02/23/2012) |
| 02/24/2012 | 41 | BRIEF OF AMICUS CURIAE filed by Brady Center To Prevent Gun Violence In Support of Defendants. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Certificate of Service)(eps) (Entered: 02/24/2012) |
| 02/27/2012 | 42 | MEMORANDUM in Opposition re 5 MOTION for Preliminary Injunction filed by Neil Abercrombie, Hawaii, State of. (Attachments: # 1 Certificate Of Service)(Moser, Kendall) (Entered: 02/27/2012) |
| 02/27/2012 | 43 | ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE OF JONATHAN L. DIESENHAUS, ESQ. 35 . Signed by JUDGE KEVIN S.C. CHANG on 2/27/12. (eps)<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 02/27/2012) |

| | | |
|---|---|---|
| 02/29/2012 | 44 | MEMORANDUM in Opposition filed by Honolulu Police Department, Honolulu, City and County of, Louis Kealoha. (Attachments: # 1 Declaration of Thomas Nitta, # 2 Declaration of Counsel, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Certificate of Service)(Sherwood, Curtis) (Entered: 02/29/2012) |
| 03/02/2012 | 45 | Errata re 44 Memorandum in Opposition to Motion, *Filed on February 29, 2012*. (Attachments: # 1 Table of Contents and Table of Authorities, # 2 Certificate of Service)(Sherwood, Curtis) (Entered: 03/02/2012) |
| 03/07/2012 | 46 | REPLY re 18 MOTION for Judgment on the Pleadings filed by Neil Abercrombie, Hawaii, State of. (Attachments: # 1 Certificate Of Service)(Moser, Kendall) (Entered: 03/07/2012) |
| 03/07/2012 | 47 | REPLY to Response to Motion re 15 MOTION to Dismiss *Complaint* filed by Honolulu Police Department, Honolulu, City and County of, Louis Kealoha. (Attachments: # 1 Certificate of Service)(Sherwood, Curtis) (Entered: 03/07/2012) |
| 03/07/2012 | 48 | REPLY *to Defendants' response to Plaintiff's motion for preliminary injunction* filed by Christopher Baker. (Attachments: # 1 Exhibit US v Weaver, # 2 Exhibit Wollard v Sheridan, # 3 Exhibit Def Interrog response, # 4 Exhibit Def response prod docs, # 5 Exhibit HPD background check, # 6 Exhibit Michigan v Yanna, # 7 Supplement certificate of service)(O'Grady, Kevin) (Entered: 03/07/2012) |
| 03/09/2012 | | ADVISORY ENTRY. The entry docket number 48 Reply To Defendants' Response To Plaintiff's Motion For Preliminary Injunction, filed by Christopher Baker is filed incorrectly in this case. The filing party did not 1) associate the filing to the underlying motion 5 , 2) describe all the attachments in the title of the document (LR10.2(c); 3) label the exhibits (LR 10.2(d), LR100.2.6). No further action necessary as to this filing at this time. (eps) (Entered: 03/09/2012) |
| 03/21/2012 | 49 | EP: Motions Hearing held on 3/21/2012 5 Plaintiffs Motion for Preliminary Injunction−Oral Discussion Held. Court Hereby Denies the Motion. (Terminate Motion) 15 Defendants Honolulu Police Department, City and County of Honolulu and Louis Kealohas Motion to Dismiss Complaint−Oral Discussion Held. Court Hereby Grants in Part and Denies in Part. (Terminate Motion) 18 Defendant Neil Abercombie and State of Hawaiis Motion for Judgment on the Pleadings−Oral Discussion Held. Court Hereby Grants the Motion. (Terminate Motion) (Court Reporter Gloria Bediamol.) (JUDGE ALAN C KAY)(lls, )[No COS issued for this docket entry] (Entered: 03/21/2012) |
| 04/01/2012 | 50 | NOTICE by Christopher Baker re 42 Memorandum in Opposition to Motion *to Plaintiff's motion for preliminary injunction, re supplemental authority post−hearing in support of motion for preliminary injunction by Plaintiff* Christopher Baker. (Attachments: # 1 Exhibit Exh 1 Case Bateman v Perdue)(O'Grady, Kevin) (Entered: 04/01/2012) |
| 04/30/2012 | 51 | ORDER GRANTING DEFENDANTS STATE OF HAWAII AND GOVERNOR ABERCROMBIE'S MOTION FOR JUDGMENT ON THE PLEADINGS, GRANTING IN PART AND DENYING IN PART DEFENDANTS CITY AND COUNTY OF HONOLULU, HONOLULU POLICE DEPARTMENT AND LOUIS KEALOHA'S MOTION TO DISMISS, AND DENYING PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION re 15 , re 18 , re 5 . Follows oral order of 03/21/2012.. Signed by JUDGE ALAN C KAY on 04/30/2012. (eps) −− the Court: (1) GRANTS the State Defendants' Motion for Judgment on the Pleadings; (2) GRANTS in part and DENIES in part the City Defendants' Motion to Dismiss the Complaint; and (3) DENIES Plaintiff's Motion for a Preliminary Injunction. With respect to the Motion to Dismiss, the following claims are dismissed with prejudice: (i) all claims against HPD; (ii) Counts VII, VIII, IX, and X, insofar as they allege violations of Plaintiff's Fifth Amendment rights; (iii) Count XIII (for injunctive relief); and (4) all official capacity claims against Defendant Kealoha, insofar as they seek money damages.<br><br>CERTIFICATE OF SERVICE<br><br>Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 04/30/2012) |

| | | |
|---|---|---|
| 05/29/2012 | 52 | MOTION to Stay *Proceedings pending appeal by* Kevin Gerard O'Grady appearing for Plaintiff Christopher Baker (Attachments: # 1 Exhibit #1, Woollard v Sheridan, # 2 Exhibit #2, U.S. v Weaver, # 3 Exhibit #3, Bateman v Perdue, # 4 Exhibit #4, Scheduling order Minutes 28 Nov 11, # 5 Declaration Certificate of service)(O'Grady, Kevin) (Entered: 05/29/2012) |
| 05/29/2012 | 53 | NOTICE by Christopher Baker *re appeal of order denying preliminary injunction* Christopher Baker. (Attachments: # 1 Civil Cover Sheet Civil Appeal Docketing sheet, # 2 Declaration Representation Statement, # 3 Exhibit #1, order denying Plaintiff's request for Preliminary Injunction entered 30 April 12, # 4 Declaration Certificate of service)(O'Grady, Kevin) (Entered: 05/29/2012) |
| 05/29/2012 | 54 | NOTICE by Christopher Baker *Amended Notice of Appeal, Preliminary injunction appeal by* Christopher Baker. (Attachments: # 1 Civil Cover Sheet civil appeal docketing sheet, # 2 Declaration Representation statement, # 3 Exhibit Court order denying Preliminary injunction 30 April 12, # 4 Declaration Certificate of service)(O'Grady, Kevin) (Entered: 05/29/2012) |
| 05/29/2012 | 55 | NOTICE OF APPEAL : PRELIMINARY INJUNCTION APPEAL as to 51 by Christopher Baker. Refer to entry 53 and 54 ; entered by counsel (eps) <hr> CERTIFICATE OF SERVICE <br><br> Participants registered to receive electronic notifications received this document electronically at the e−mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 05/29/2012) |
| 05/29/2012 | 56 | USCA Appeal Fees received $ 455 receipt number HI003934 re 55 , 54 , 53 Notice of Interlocutory Appeal, filed by Christopher Baker (eps)<sup>No COS issued for this docket entry</sup> (Entered: 05/29/2012) |
| 05/30/2012 | | CORRECTIVE ENTRY.  The entry docket number 53 Notice and 54 Notice filed by Christopher Baker are filed incorrectly in this case. The Clerk's Office corrected the filings by entering the correct appeal event on 05/29/2012 as docket number 55 . The correct filing event automatically notifies the Appellate Court and allows pertinent information, such as the receipt of the filing fee to be received by the Appellate Court. The filing party need not submit a corrected filing. (eps) (Entered: 05/30/2012) |
| 05/30/2012 | 57 | USCA Case Number CA 12−16258 for 55 Preliminary Injunction Appeal, filed by Christopher Baker. (eps )<sup>No COS issued for this docket entry</sup> (Entered: 05/30/2012) |
| 05/30/2012 | 58 | USCA Time Schedule Order as to 55 Preliminary Injunction Appeal, filed by Christopher Baker. (eps)<sup>No COS issued for this docket entry</sup> (Entered: 05/30/2012) |