ROBERT CARSON GODBEY, 4685
Corporation Counsel

CURTIS E. SHERWOOD, 7851
Deputy Corporation Counsel
530 S. King Street, Room 110
City and County of Honolulu
Honolulu, Hawai'i 96813
Telephone: (808) 768-5134
Facsimile: (808) 768-5105
Email address:  csherwood@honolulu.gov

Attorneys for Defendants
LOUIS KEALOHA and the
CITY AND COUNTY OF HONOLULU

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>        Plaintiffs,<br><br>    vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAII; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor,<br><br>        Defendants.<br>_____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL NO. CV11-00528 KSC<br><br>DEFENDANTS LOUIS KEALOHA AND THE CITY AND COUNTY OF HONOLULU'S STATEMENT OF NO OPPOSITION TO PLAINTIFF CHRISTOPHER BAKER'S MOTION TO STAY PROCEEDINGS FILED MAY 29, 2012; CERTIFICATE OF SERVICE<br><br>Trial Date: November 13, 2012 |

## DEFENDANTS LOUIS KEALOHA AND CITY AND COUNTY OF HONOLULU'S STATEMENT OF NO OPPOSITION TO PLAINTIFF CHRISTOPHER BAKER'S MOTION TO STAY PROCEEDINGS FILED MAY 29, 2012

Pursuant to Rules 7 and 62(b)(4) of the Federal Rules of Civil Procedure, Defendants LOUIS KEALOHA and the CITY AND COUNTY OF HONOLULU hereby states that they have no opposition to the motion filed by Plaintiff CHRISTOPHER BAKER for a temporary stay of proceedings in this action while the appeal of this Honorable Court's Order dated April 30, 2012 (with respect to the Motion for Preliminary Injunction) is considered by the Ninth Circuit Court of Appeals.

DATED: Honolulu, Hawai'i, June 14, 2012.

ROBERT CARSON GODBEY
Corporation Counsel


By: /s/ Curtis E. Sherwood
    CURTIS E. SHERWOOD
    Deputy Corporation Counsel
    Attorney for Defendants
    LOUIS KEALOHA and the
    CITY AND COUNTY OF HONOLULU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| CHRISTOPHER BAKER, | ) CIVIL NO. CV11-00528 ACK/KSC |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| LOUIS KEALOHA, as an individual and | ) |
| in his official capacity as Honolulu Chief | ) |
| of Police; STATE OF HAWAI'I; | ) |
| CITY AND COUNTY OF HONOLULU; | ) |
| HONOLULU POLICE DEPARTMENT; | ) |
| NEIL ABERCROMBIE, in his official | ) |
| capacity as Hawaii Governor | ) |
| | ) |
| Defendants. | ) |
| | ) |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 14, 2012, and by the methods of service noted

below, a true and correct copy of the foregoing was served on the following at their

last known addresses as shown below:

**Via U.S. Mail, Postage Prepaid:**

RICHARD L. HOLCOMB, Esq.
Holcomb Law, A Limited Liability Law Corporation
677 Ala Moana Boulevard, Suite 614
Honolulu, Hawai'i 96813
Email:  rholcomblaw@live.com

ALAN BECK, Esq.
Attorney at Law
4780 Governor Drive
San Diego, California 92122
Email:  ngord2000@yahoo.com

**Served Electronically through CM/ECF**:

KEVIN O'GRADY, Esq.
The Law Office of Kevin O'Grady, LLC
1136 Union Mall, Suite 704
Honolulu, Hawai'i 96813
Email:  Kevin@criminalandmilitarydefensehawaii.com

Attorneys for Plaintiff
CHRISTOPHER BAKER

**Served Electronically through CM/ECF**:

CARON M. INAGAKI, Esq.
KENDALL J. MOSER, Esq.
Deputy Attorneys General
Department of the Attorney General
State of Hawai'i
425 Queen Street
Honolulu, Hawai'i 96813
Email:  Kendall.J.Moser@hawaii.gov

Attorneys for Defendants
STATE OF HAWAI'I AND NEIL ABERCROMBIE

**Served Electronically through CM/ECF**:

MARK M. MURAKAMI, Esq.
Damon Key Leong Kupchak Hastert
1003 Bishop Street, Suite 1600
Honolulu, Hawaii  96813
Email:  mmm@hawaiilawyer.com

JOSHUA L. DIESENHAUS, Esq.
Hogan Lovells LLP
555 13th Street N.W.
Washington, DC  20004
Email:  jonathan.diesenhaus@hoganlovalls.com

Attorneys for Movant
Brady Center to Prevent Gun Violence

DATED:  Honolulu, Hawai'i, June 14, 2012.

ROBERT CARSON GODBEY
Corporation Counsel

By:   /s/ Curtis E. Sherwood
      CURTIS E. SHERWOOD
      Deputy Corporation Counsel

      Attorney for Defendants
      CITY AND COUNTY OF HONOLULU,
      HONOLULU POLICE DEPARTMENT,
      and LOUIS KEALOHA

11-06294/230949

3