# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 11-00528ACK-KSC |
| CASE NAME: | Christopher Baker v. Louis Kealoha, as an individual and in his official capacity as Honolulu Chief of Police, et al. |
| ATTYS FOR PLA: | no appearances |
| ATTYS FOR DEFT: | Curtis Sherwood |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | C5 - no record |
| DATE: | 12/19/2012 | TIME: | 9:04-9:09am |

COURT ACTION:  EP: Status Conference Re: Stay Pending Appeal.  Court attempted to contact Plaintiff's counsel.  Efforts to contact Richard Holcomb were unsuccessful.  Court was informed by his office that Kevin O'Grady is out of town.

Mr. Sherwood informed the Court that this matter is still pending before the Ninth Circuit and awaiting decision.

Further Status Conference Re: Stay Pending Appeal set 6/19/13 at 9:00am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager