# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 11-00528ACK-KSC |
| CASE NAME: | Christopher Baker vs. Louis Kealoha, et al. |
| ATTYS FOR PLA: | Kevin Gerard O'Grady |
| ATTYS FOR DEFT: | Curtis E. Sherwood |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | Courtroom 5-No Record |
| DATE: | 07/17/2013 | TIME: | 10:52-10:54 |

COURT ACTION:  EP: Further Status Conference Re: Stay Pending Appeal held. Appeal still pending.

Further Status Conference Re: Stay Pending Appeal set for 1/14/2014 at 09:00 AM before Magistrate Judge Kevin S.C. Chang.

Submitted by: Warren N. Nakamura, Courtroom Manager