# MINUTES

CASE NUMBER: CIVIL NO. 11-00528ACK-KSC

CASE NAME: Christopher Baker vs. Louis Kealoha, et al.

ATTYS FOR PLA: Kevin Gerard O'Grady

ATTYS FOR DEFT: Curtis E. Sherwood

INTERPRETER:

JUDGE: Kevin S. C. Chang          REPORTER: Courtroom 5-No Record

DATE: 07/17/2013                  TIME: 10:52-10:54

COURT ACTION: **AMENDED** EP: Further Status Conference Re: Stay Pending Appeal held.  Appeal still pending.

Further Status Conference Re: Stay Pending Appeal set for **1/13/2014 at 09:00 AM** before Magistrate Judge Kevin S.C. Chang.

Submitted by: Warren N. Nakamura, Courtroom Manager