# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | Civ. No. 11-00528 ACK-KSC |
| CASE NAME: | <u>Baker v. Kealoha et al.</u> |
| ATTYS FOR PLA: | Alan Beck, Kevin O'Grady, and Richard Holcomb |
| ATTYS FOR DEFT: | Curtis Sherwood, Kendall Moser, Joshua Diesenhaus, and Mark Murakami |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | |
| DATE: | 3/24/2014 | TIME: | |

COURT ACTION:

In the Ninth Circuit's memorandum filed March 20, 2014, this Court's denial of Baker's motion for preliminary injunction against several state and local government entities and officials was vacated and remanded "for further proceedings consistent with <u>Peruta</u>." <u>Baker v. Kealoha et al.</u>, No. 12-16258, at 2-3 (9th Cir. Mar. 20, 2014); <u>see also</u> <u>Peruta v. County of San Diego</u>, No. 10-56971, 2014 WL 555862 (9th Cir. Feb. 13, 2014).

This Court was directed on remand to "dismiss Baker's motion for a preliminary injunction with respect to his allegation that Hawaii's statutes forbid the use of handguns at firing ranges." <u>Baker</u>, at 4.

Pursuant to the Ninth Circuit's foregoing directive and incorporating the reasoning set forth in its memorandum denying Baker's motion for preliminary injunction filed March 20, 2014 (Doc. No. 73), this Court dismisses Baker's motion for preliminary injunction with respect to "his allegation that Hawaii's statutes forbid the use of handguns at firing ranges." <u>Baker</u>, at 4.

IT IS SO ORDERED.  (JUDGE ALAN C. KAY)

Submitted by Leslie L. Sai, Courtroom Manager