# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | Civ. No. 11-00528 ACK-KSC |
| CASE NAME: | <u>Baker v. Kealoha et al.</u> |
| ATTYS FOR PLA: | Alan Beck, Kevin O'Grady, and Richard Holcomb |
| ATTYS FOR DEFT: | Curtis Sherwood, Kendall Moser, Joshua Diesenhaus, and Mark Murakami |

| | | | |
|---|---|---|---|
| JUDGE: | Alan C. Kay | REPORTER: | |
| DATE: | 3/24/2014 | TIME: | |

COURT ACTION:

Pursuant to the Ninth Circuit's directive in its memorandum filed March 20, 2014, this Court notifies the State of Hawaii through its Attorney General of the ruling by the Ninth Circuit that "[i]n light of our holding in <u>Peruta</u>, the district court made an error of law when it concluded that the Hawaii statutes did not implicate protected Second Amendment activity." <u>Baker v. Kealoha et al.</u>, No. 12-16258, at 2 (9th Cir. Mar. 20, 2014); <u>see</u> <u>also</u> <u>Peruta v. County of San Diego</u>, No. 10-56971, 2014 WL 555862 (9th Cir. Feb. 13, 2014).

Accordingly, the State of Hawaii, which had been granted a motion for judgment on the pleadings as to all claims against it in this action, is "given an opportunity to intervene in[] further proceedings implicating the constitutionality of the state statutes." <u>Baker</u>, at 3 n. 1 (citing 28 U.S.C. § 2403(b)).

 IT IS SO ORDERED.  (JUDGE ALAN C. KAY)

Submitted by Leslie L. Sai, Courtroom Manager