# HOLCOMB LAW, LLLC A LIMITED LIABILITY LAW CORPORATION

Richard L. Holcomb, Esq.
Brian Brazier of Counsel
1136 Union Mall
Suite 808
Honolulu, HI 96813
rholcomblaw@live.com
(808) 545-4040
Fax: (808) 356-1954

March 21, 2014

The Honorable Kevin S. Chang
Magistrate Judge, United States District Court
District of Hawaii
300 Ala Moana Blvd.
Honolulu, HI 96850

Re: <u>Baker v. Kealoha</u>, 1:11-CV-00528 ACK KSC

Dear Judge Chang,

As you may know, yesterday the Ninth Circuit Court of Appeals issued the attached opinion in the above-styled case.

We are no longer seeking injunctive relief for Mr. Baker. However, we are pursuing the remainder of the relief requested in the Complaint. Accordingly, Mr. Baker is requesting a scheduling order as the stay is no longer applicable.

Please contact me with any questions or if any further information is needed. I can be reached at (808) 545-4040.

Kindest Regards,

*s/Richard L. Holcomb*

Richard Holcomb
Counsel for Plaintiff

Cc: Alan Beck; Curtis Sherwood