FILED

APR 02 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; et al.,<br><br>    Defendants - Appellees. | No. 12-16258<br><br>D.C. No. 1:11-cv-00528-ACK-KSC<br>District of Hawaii,<br>Honolulu<br><br><br>ORDER |

Before: O'SCANNLAIN, THOMAS, and CALLAHAN, Circuit Judges.

  Defendants-Appellees' motion for an extension of time to file their petition for panel rehearing and/or petition for rehearing en banc is granted. Defendants-Appellees shall file any petition for rehearing no later than April 17, 2014.