FILED

APR 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER BAKER, | No. 12-16258 |
| Plaintiff - Appellant, | D.C. No. 1:11-cv-00528-ACK-KSC |
| v. | District of Hawaii, Honolulu |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; et al., | ORDER |
| Defendants - Appellees. | |

Before: O'SCANNLAIN, THOMAS, and CALLAHAN, Circuit Judges.

Plaintiff-Appellant is directed to file a response to the petition for rehearing or rehearing en banc filed with this court on April 17, 2014. The response shall not exceed 15 pages or 4200 words and shall be filed within 21 days of the date of this order.