FILED

MAY 01 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CHRISTOPHER BAKER, | No. 12-16258 |
| Plaintiff - Appellant, | D.C. No. 1:11-cv-00528-ACK-KSC |
| v. | District of Hawaii, Honolulu |
| LOUIS KEALOHA, as an individual and in his official capacity as Honolulu Chief of Police; STATE OF HAWAII; CITY AND COUNTY OF HONOLULU; HONOLULU POLICE DEPARTMENT; NEIL ABERCROMBIE, in his official capacity as Hawaii Governor, | ORDER |
| Defendants - Appellees. | |

Before: O'SCANNLAIN, THOMAS, and CALLAHAN, Circuit Judges.

Disposition of the pending petition for rehearing or rehearing en banc is deferred pending this Court's resolution of pending post-opinion matters in *Peruta v. County of San Diego*, No. 10-56971.