# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 11-00528ACK-KSC |
| CASE NAME: | Christopher Baker v. Louis Kealoha, as an individual and in his official capacity as Honolulu Chief of Police, et al. |
| ATTYS FOR PLA: | Kevin O'Grady<br>Richard Holcomb |
| ATTYS FOR DEFT: | Curtis Sherwood |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | In Chambers - no record |
| DATE: | 7/11/2014 | TIME: | 9:35-9:40am |

COURT ACTION:  EP: Further Status Conference Re: Stay Pending Appeal.  Mr. Holcomb updated the Court that this matter is still pending before the Ninth Circuit awaiting decision.

Further Status Conference Re: Stay Pending Appeal set 1/16/15 at 9:00am before Judge Chang.

Submitted by: Shari Afuso, Courtroom Manager