# MINUTE ORDER

CASE NUMBER:     CV NO. 11-00528 ACK-KSC

CASE NAME:       Baker v. Kealoha et al.

ATTYS FOR PLA:   Alan Beck, Kevin O'Grady, and Richard Holcomb

ATTYS FOR DEFT:  Curtis Sherwood and Kendall Moser

AMICUS           Joshua Diesenhaus and Mark Murakami

---

JUDGE:    Alan C. Kay          REPORTER:

DATE:     5/19/2015            TIME:

---

COURT ACTION:

In light of the pending petition for rehearing or rehearing en banc in the Ninth Circuit, the Clerk of Court is directed to administratively close this action without prejudice to any party. The closing is administrative only and thus has no effect on the procedural or substantive rights of any party or any limitations period. Any party may move to reopen the case after the Ninth Circuit rules on the pending petition.

IT IS SO ORDERED.

Submitted by Leslie L. Sai, Courtroom Manager