RICHARD L HOLCOMB (HI Bar No. 9177)
Holcomb Law, A Limited Liability Law Corporation
1136 Union Mall, Suite 805
Honolulu, HI  96813
Telephone:  (808) 545-4040
Facsimile:  (808) 356-1954
Email:  rholcomblaw@live.com

ALAN BECK (HI Bar No. 9145)
Attorney at Law
4780 Governor Drive
San Diego, CA  92122
Telephone:  (619) 905-9105
Email:  ngord2000@yahoo.com

KEVIN O'GRADY (HI Bar No. 8817)
The Law Office of Kevin O'Grady
1136 Union Mall
Suite 808
Honolulu, HI  96813
Telephone:  (808) 521-3367
Facsimile:  (808) 521-3369
Email:  Kevin@criminalandmilitarydefensehawaii.com

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER BAKER,<br><br>           Plaintiff,<br>     vs.<br><br>LOUIS KEALOHA, as an individual and in his official capacity; and | CASE No. 1:11-cv-00528 ACK-KSC<br><br>ORDER AND STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE |

| | )|
|---|---|
|CITY AND COUNTY OF HONOLULU;| ) ) ) )|
|Defendants.| ) ) ) )|

## ORDER AND STIPULATION FOR DISMISSAL
## OF ALL CLAIMS AND PARTIES WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between all of the parties currently remaining in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims be dismissed with prejudice.

No trial is currently set in this matter as the proceedings were stayed pending resolution of Plaintiff's interlocutory appeal.

As a result of this Stipulated Dismissal, this action is concluded *in toto*. No other claims and/or parties remain.

DATED: Honolulu, Hawaii, June 16, 2017.

*s/Richard L. Holcomb*
RICHARD L. HOLCOMB
ALAN BECK
KEVIN O'GRADY

Attorneys for Plaintiff

*Christopher Baker v. Louis Kealoha, et al.*; Case No. 1:11-cv-00528 ACK-KSC; ORDER AND STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE

DATED: Honolulu, Hawaii, June 22, 2017.

        DONNA Y.L. LEONG
        Corporation Counsel

By:   /s/ Curtis E. Sherwood
      CURTIS E. SHERWOOD
      Deputy Corporation Counsel

Attorneys for Defendant
CITY AND COUNTY OF HONOLULU

DATED: Honolulu, Hawaii, June 21, 2017.

   /s/ *Lisa W. Cataldo*
LISA W. CATALDO

Attorney for Defendant
LOUIS KEALOHA, as an individual and in his official capacity

APPROVED AND SO ORDERED:
Dated: Honolulu, Hawaii, June 22, 2017

_____
Alan C. Kay
Sr. United States District Judge

_____
Hon. Alan C. Kay
Sr. United States District Court Judge

*Christopher Baker v. Louis Kealoha, et al.*; Case No. 1:11-cv-00528 ACK-KSC; ORDER AND STIPULATION FOR DISMISSAL OF ALL CLAIMS AND ALL PARTIES WITH PREJUDICE